UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:22-00327 |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 241 |
| [1] CHESTER GALLAGHER | ) | 18 U.S.C. § 248(a)(1) |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [5] CAROLINE DAVIS | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |
| [8] EVA EDL | ) | |
| [9] EVA ZASTROW | ) | |
| [10] JAMES ZASTROW | ) | |
| [11] PAUL PLACE | ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Seal Indictment. It is

hereby ordered that:

The Motion is granted and the indictment is ordered sealed, pending further order of the

Court, except that a copy of the indictment: (a) shall be provided by the Clerk's office to the United

States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties;

and (b) an unredacted copy may be provided to defendant's counsel after defendant is arrested.

The Clerk is directed to file this Order and related matters under seal and, except for a copy

of the indictment the Clerk shall provide to the USMS, to serve them only on counsel for the United

States.

Dated: October 3 , 2022


_____
United States Magistrate Judge