CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment          ( x )
Complaint           (  )
Information         (  )
Felony              ( x [count 1] )
Misdemeanor         ( x [count 2] )
Juvenile            (  )

County of Offense:     _Davidson and Others_____
AUSA's NAME:           _Amanda J. Klopf_____

Reviewed by AUSA:      _AJK_____
(Initials)

_Chester Gallagher_____
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?    _____ Yes    _x_ No

If Yes, what language?    _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 241 | Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services | 10 years | $250,000 |
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?    Yes  ( )    No  ( x )    If yes, State or Federal?  Writ requested  (  )

Has a complaint been filed?    Yes  ( )    No  ( x )
    If Yes:   Name of the Magistrate Judge _____    Case No.: _____
              Was the defendant arrested on the complaint?    Yes  ( )    No  ( )

Has a search warrant been issued?    Yes  ( x )    No  ( )

Was bond set by Magistrate/District Judge?  Yes  ( )    No  ( x )    Amount of bond: _____

Is this a Rule 20? Yes ( )  No ( x )    To/from what district?    _____
Is this a Rule 40? Yes ( )  No ( x )    To/from what district?    _____

Estimated trial time:    _5 days_____

The Clerk will issue a Warrant    (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( )  No ( x )    Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____