CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

| | | | |
|---|---|---|---|
| Indictment | ( x ) | County of Offense: | Davidson and Others |
| Complaint | ( ) | AUSA's NAME: | Amanda J. Klopf |
| Information | ( ) | | |
| Felony | ( x [count 1] ) | Reviewed by AUSA: | AJK |
| Misdemeanor | ( x [count 2] ) | | (Initials) |
| Juvenile | ( ) | | |

Calvin Zastrow
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?  ___ Yes  _x_ No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 241 | Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services | 10 years | $250,000 |
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?  Yes ( )  No ( x )  If yes, State or Federal? Writ requested ( )

Has a complaint been filed?  Yes ( )  No ( x )
    If Yes: Name of the Magistrate Judge _____  Case No.: _____
    Was the defendant arrested on the complaint?  Yes ( )  No ( )

Has a search warrant been issued?  Yes ( x )  No ( )

Was bond set by Magistrate/District Judge? Yes ( )  No ( x )  Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( x )  To/from what district? _____
Is this a Rule 40? Yes ( ) No ( x )  To/from what district? _____

Estimated trial time:  5 days

The Clerk will issue (a **Warrant**) (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( )  No ( x )  Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____