CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Indictment | ( x ) | |
| Complaint | ( ) | |
| Information | ( ) | |
| Felony | ( ) | |
| Misdemeanor | ( x ) | |
| Juvenile | ( ) | |

County of Offense:     Davidson and Others
AUSA's NAME:          Amanda J. Klopf

Reviewed by AUSA:     AJK
                       (Initials)

Eva Edl
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?      _____   Yes    _x_   No

If Yes, what language?    _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?     Yes   ( )   No   ( x )   If yes, State or Federal?  Writ requested   ( )

Has a complaint been filed?     Yes   ( )   No   ( x )
    If Yes:   Name of the Magistrate Judge _____   Case No.: _____
              Was the defendant arrested on the complaint?          Yes   ( )   No   ( )

Has a search warrant been issued?     Yes   ( x )   No   ( )

Was bond set by Magistrate/District Judge? Yes   ( )   No   ( x )          Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( x )     To/from what district? _____
Is this a Rule 40? Yes ( ) No ( x )     To/from what district? _____

Estimated trial time:     5 days

The Clerk will issue a **Summons**     (circle one)  (Note:  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes ( ) No ( x )     Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____