CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment        (x)
Complaint         ( )
Information       ( )
Felony            ( )
Misdemeanor       (x)
Juvenile          ( )

County of Offense: Davidson and Others
AUSA's NAME: Amanda J. Klopf

Reviewed by AUSA: AJK
(Initials)

Eva Zastrow
Defendant's Full Name

Defendant's Address

Interpreter Needed?  ___ Yes  _x_ No
If Yes, what language? _____

Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?   Yes ( )   No (x)   If yes, State or Federal?  Writ requested ( )

Has a complaint been filed?   Yes ( )   No (x)
   If Yes:  Name of the Magistrate Judge _____   Case No.: _____
            Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes (x)   No ( )

Was bond set by Magistrate/District Judge?  Yes ( )   No (x)   Amount of bond: _____

Is this a Rule 20?  Yes ( )  No (x)   To/from what district? _____
Is this a Rule 40?  Yes ( )  No (x)   To/from what district? _____

Estimated trial time:    5 days

The Clerk will issue a **Summons**   (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( ) No (x)   Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____