CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment        ( x )
Complaint         (   )
Information       (   )
Felony            (   )
Misdemeanor       ( x )
Juvenile          (   )

County of Offense: Davidson and Others
AUSA's NAME: Amanda J. Klopf

Reviewed by AUSA: AJK
(Initials)

Paul Place _____
Defendant's Full Name

_____
Defendant's Address

_____
Defendant's Attorney

Interpreter Needed?  ____ Yes   _x_ No

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?   Yes ( )   No ( x )   If yes, State or Federal?  Writ requested ( )

Has a complaint been filed?   Yes ( )   No ( x )
   If Yes:  Name of the Magistrate Judge _____   Case No.: _____
            Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes ( x )   No ( )

Was bond set by Magistrate/District Judge?  Yes ( )   No ( x )   Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( x )   To/from what district? _____
Is this a Rule 40? Yes ( ) No ( x )   To/from what district? _____

Estimated trial time:   5 days

The Clerk will issue a **Summons**   (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( ) No ( x )   Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____