IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:22-cr-00327 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| CHESTER GALLAGHER | ) | |
| HEATHER IDONI | ) | |
| CALVIN ZASTROW | ) | |
| COLEMAN BOYD | ) | |
| CAROLINE DAVIS | ) | |
| PAUL VAUGHN | ) | |
| DENNIS GREEN | ) | |
| EVA EDL | ) | |
| EVA ZASTROW | ) | |
| JAMES ZASTROW | ) | |
| PAUL PLACE | ) | |

## ORDER

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE