**Query**   **Reports**   **Utilities**   **Help**   **What's New**
**Log Out**

<span style="color:red">CLOSED</span>

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:22-mj-30428-DUTY All Defendants

Case title: United States of America v. Idoni

Date Filed: 10/06/2022

Date Terminated: 10/06/2022

Assigned to: Magistrate Judge Unassigned

### Defendant (1)

| | | |
|---|---|---|
| **Heather Idoni**<br>*TERMINATED: 10/06/2022* | represented by | **Federal Community Defender**<br>613 Abbott<br>5th Floor<br>Detroit, MI 48226<br>313-967-5555<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Sworn*<br><br>**Todd Shanker**<br>Federal Defender Office<br>613 Abbott<br>5th Floor |

|  |  |
|---|---|
|  | Detroit, MI 48226<br>313-967-5555<br>Email: Todd_Shanker@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Sworn* |

| **Pending Counts** | **Disposition** |
|---|---|
| None |  |

| **Highest Offense Level (Opening)** |  |
|---|---|
| None |  |

| **Terminated Counts** | **Disposition** |
|---|---|
| None |  |

| **Highest Offense Level (Terminated)** |  |
|---|---|
| None |  |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5(c)(3) from Middle District of Tennessee |  |

---

**Plaintiff**

| United States of America | represented by | **Sarah A. Youngblood**<br>DOJ-USAO<br>211 W. Fort St.<br>Ste 2001<br>Detroit, MI 48226<br>313-226-9581 |
|---|---|---|

Email: sarah.youngblood@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*
*Bar Status: Sworn*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2022 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Heather Idoni (1). (KBro) (Entered: 10/06/2022) |
| 10/06/2022 | | Minute Entry for in-person proceedings before Magistrate Judge Jonathan J.C. Grey: Initial Appearance in Rule 5(c)(3) Proceedings as to Heather Idoni held on 10/6/2022. Defendant has waived the Identity Hearing. Disposition: Defendant released on bond. Bond Information: 10,000 unsecured. (Court Reporter: Digitally Recorded) (Defendant Attorney: Todd Shanker) (AUSA: Sarah Youngblood) (KBro) (Entered: 10/06/2022) |
| 10/06/2022 | 2 | 🔊 Public Audio File of Initial Appearance in Rule 5(c)(3) Proceedings as to Heather Idoni held on 10/6/2022 before Magistrate Judge Jonathan J.C. Grey. AUDIO FILE SIZE (10.0 MB) (NAhm) (Entered: 10/06/2022) |
| 10/06/2022 | 3 | ORDER APPOINTING FEDERAL COMMUNITY DEFENDER as to Heather Idoni. Signed by Magistrate Judge Jonathan J.C. Grey. (NAhm) (Entered: 10/06/2022) |
| 10/06/2022 | 4 | ORDER Regarding Brady Materials as to Heather Idoni. Signed by Magistrate Judge Jonathan J.C. Grey. (NAhm) (Entered: 10/06/2022) |
| 10/06/2022 | 5 | WAIVER of Rule 5 Hearings by Heather Idoni. (NAhm) (Entered: 10/06/2022) |

| | | |
|---|---|---|
| 10/06/2022 | 6 | ORDER Setting Conditions of Release as to Heather Idoni. Signed by Magistrate Judge Jonathan J.C. Grey. (NAhm) (Entered: 10/06/2022) |
| 10/06/2022 | 7 | BOND as to Heather Idoni in the amount of $10,000 unsecured entered. (NAhm) (Entered: 10/06/2022) |
| 10/06/2022 | 8 | ORDER TRANSFERRING DEFENDANT to Answer Charges Pending in the Middle District of Tennessee as to Heather Idoni. Signed by Magistrate Judge Jonathan J.C. Grey. (NAhm) (Entered: 10/07/2022) |
| 10/10/2022 | 9 | NOTICE OF ATTORNEY APPEARANCE: Todd Shanker appearing for Heather Idoni (Shanker, Todd) (Entered: 10/10/2022) |
| 10/11/2022 | | TEXT-ONLY NOTICE to Middle District of Tennessee of Transfer as to Heather Idoni. Your case number is: 22-327. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries. Please note the following documents: 5 Waiver of Rule 5 Hearings (Formerly Rule 40), 1 Rule 5(c)(3) Petition for Transfer Proceedings, 3 Order Appointing Federal Community Defender, 4 Order Regarding Brady Materials, Initial Appearance - Rule 5(c)(3), 6 Order Setting Conditions of Release, 8 Transferring Defendant to Answer Charges, 2 Audio File Upload, 7 Bond (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov. If you require a defendant's payment history, please send a request to financial@mied.uscourts.gov.) (LHos) (Entered: 10/11/2022) |