FILED
OCT 0 6 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff.

NO. 22-30428

v.

**HEATHER IDONI**,

    Defendant.
_____/

### ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that defendant **HEATHER IDONI** be transferred to the District Court for the Middle District of Tennessee for further proceedings in the case of *United States v. Heather Idoni, et.al.*, Case No. **3:22-00327**.

Defendant who has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), shall appear at the following location at the following time:

<u>TBD by the Middle District of Tennessee.</u>

If defendant fails to appear as directed, she will be subject to arrest, revocation of release, and detention, and she could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court.   See 18 U.S.C. §§ 3146, 3148.

*/s/ Jonathan J.C. Grey*
HONORABLE JONATHAN GREY
United States Magistrate Judge


Entered: October 6, 2022