UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

v.

Case No. 2:22-mj-30428

Judge: Unassigned

HEATHER IDONI,

            Defendant.
_____/

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as Counsel of record for HEATHER IDONI. I certify that I am admitted to practice before this Court.

            Respectfully Submitted,

            FEDERAL COMMUNITY DEFENDER

            s/Todd A. Shanker
            Attorney for Defendant
            613 Abbott Street, 5th Floor
            Detroit, Michigan   48226
            todd_shanker@fd.org
            (313) 967-5542

Date: October 10, 2022