# CERTIFICATE OF GOOD STANDING



*United States of America*

}**ss.** Sanjay H Patel

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

    DO HEREBY CERTIFY That Sanjay H Patel
was duly admitted to practice in said Court on (12/21/2000)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/12/2022 )

Thomas G. Bruton , Clerk,

By:  Sarah Bouchard
    Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SARAH BOUCHARD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 12, 2022