IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:22-cr-00327-02 |
| | ) | |
| HEATHER IDONI | ) | |

**O R D E R**

Defendant Heather Idoni was arrested in the Eastern District of Michigan on October 6, 2022, appointed counsel, and released on a $10,000 unsecured bond (Docket Entry No. 32-6). Based on the Rule 5(c) filings returned from the Eastern District of Georgia (Docket Entry No. 32-2), the Court will also appoint counsel to represent Defendant in this underlying proceeding.

The CJA Panel Administrator is directed to appoint new counsel to represent Defendant. Upon appointment, counsel shall promptly enter a notice of appearance.

Arraignment is scheduled before the undersigned Magistrate Judge on **Tuesday, October 25, 2022, at 10:15 a.m.**, in Courtroom No. 3D, Fred D. Thompson Federal Building, 719 Church Street, Nashville, Tennessee 37203. Alternatively, consistent with the standard practice in this Court and Fed. R. Crim. P. 10(b), a written waiver of Defendant's appearance may be filed. The waiver form is available on the Court's website. Counsel shall ensure that the waiver is properly completed before filing.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge