IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-cr-00327 |
| v. | ) | |
| | ) | |
| | ) | |
| CHESTER GALLAGHER, | ) | |
| HEATHER IDONI, | ) | |
| CALVIN ZASTROW, | ) | |
| COLEMAN BOYD, | ) | |
| CAROLINE DAVIS, | ) | |
| PAUL VAUGHN, | ) | |
| DENNIS GREEN, | ) | |
| EVA EDL, | ) | |
| EVA ZASTROW, | ) | |
| JAMES ZASTROW, | ) | |
| PAUL PLACE. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Nikhil Ramnaney hereby moves for admission to appear *pro hac vice* in the above-captioned action for Plaintiff United States of America.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the bar of the United States District Court for the Central District of California. Attached is a Certificate of Good Standing from that Court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Local counsel has been retained in this matter as follows: Amanda Klopf, Assistant United States Attorney, United States Attorney's Office for the Middle District of Tennessee, 719 Church Street, Suite 3300, Nashville, TN 37203, phone number (615) 736-5151 and email address is: Amanda.Klopf@usdoj.gov.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

/s/ Nikhil Ramnaney
NIKHIL RAMNANEY
State of California Bar No. 268554
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M St., NE – 7.121
Washington, DC 20530
Phone: (202) 598-1018
Email: nikhil.ramnaney@usdoj.gov

        MARK WILDASIN
        United States Attorney
        Middle District of Tennessee

    By: /s/ Amanda Klopf
       AMANDA KLOPF
       Assistant United States Attorney
       719 Church Street, Suite 3300
       Nashville, TN 37203
       (615) 736-5151
       Email: Amanda.Klopf@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion For Admission *Pro Hac Vice* was electronically filed with the Clerk on October 20, 2022, and service was made upon all persons registered in that case via CM/ECF and/or by email.

        /s/Amanda Klopf
        AMANDA KLOPF
        Assistant United States Attorney