# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

---

I, KIRY K. GRAY, Clerk of this Court, certify that

__Nikhil Ramnaney__, Bar No. __268554__

was duly admitted to practice in this Court on __October 12, 2022__
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __October 18, 2022__
Date

KIRY K. GRAY
Clerk of Court

By ___Shea Bourgeois___
Shea Bourgeois, Deputy Clerk



G-52 (10/15)     CERTIFICATE OF GOOD STANDING