*Motion GRANTED*
*[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-CR-00327 |
| v. ) | |
| ) | Judge Trauger |
| HEATHER IDONI ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE SEALED DOCUMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests leave to file their Motion and Proposed Protective Order under seal.

Respectfully submitted,

MARK WILDASIN
United States Attorney for the
Middle District of Tennessee

*/s/ Amanda J. Klopf*
AMANDA J. KLOPF
Assistant United States Attorney
United States Attorney's Office
Middle District of Tennessee
719 Church St., Suite 3300
Nashville, Tennessee 37203
(615) 736-5151

### CERTIFICATE OF SERVICE

1