IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| [1] CHESTER GALLAGHER | ) | |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [5] CAROLINE DAVIS | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |
| [8] EVA EDL | ) | |
| [9] EVA ZASTROW | ) | |
| [10] JAMES ZASTROW | ) | |
| [11] PAUL PLACE | ) | |

## ORDER

The Unopposed Motion to Enlarge Pretrial Motion Filing Deadline and Request for a Status Conference (Doc. No. 184) is GRANTED. The November 30, 2022 pretrial motion deadline is hereby EXTENDED to a date to be set at the status conference, which will be held on Friday, December 2, 2022 at 11:00 a.m. The defendants are excused from attending this conference, and lawyers who reside out of state may attend telephonically.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge