UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.

CHESTER GALLAGHER, ET AL.

(list each defendant appearing at hearing)

Case No.: 3:22-cr-327
Judge: TRAUGER
Hearing Date: 12/2/2022
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf, Sanjay Patel

Defense Attorney(s): Jodie Bell, Will Conway, Robert Parris, Kerry Haymaker, (continued below)

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Continuing defense counsel appearances: Steve Thornton, Heather Parker, Larry Crain, Stephen Crampton, Ben Russ, David Heroux, David Cooper, Rayburn McGowan, and Leonard Lucus.

Status conference held. New deadlines set. The trial will be reset also. Order to enter.

Total Time in Court: 3 mins per deft

Clerk of Court
by: Katheryn Beasley