**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

|                          |     |                              |
|--------------------------|-----|------------------------------|
| UNITED STATES OF AMERICA | )   |                              |
|                          | )   |                              |
|                          | )   |                              |
| v.                       | )   | Criminal No.  3:22-cr-00327  |
|                          | )   | Judge Trauger                |
| [1]  CHESTER GALLAGHER   | )   |                              |
| [2]  HEATHER IDONI       | )   |                              |
| [3]  CALVIN ZASTROW      | )   |                              |
| [4]  COLEMAN BOYD        | )   |                              |
| [5]  CAROLINE DAVIS      | )   |                              |
| [6]  PAUL VAUGHN         | )   |                              |
| [7]  DENNIS GREEN        | )   |                              |
| [8]  EVA EDL             | )   |                              |
| [9]  EVA ZASTROW         | )   |                              |
| [10] JAMES ZASTROW       | )   |                              |
| [11] PAUL PLACE          | )   |                              |

## ORDER

A status conference was held on December 2, 2022 with counsel for the parties.  The

following are hereby ORDERED:

1.  The trial of this case, presently scheduled for January 10, 2023, is hereby
    RESET for January 16, 2024, conditioned upon the timely filing of waivers
    of speedy trial by all defendants.

2.  Pretrial motions related to pretrial indictment delay and constitutionality
    issues shall be filed by March 1, 2023, with responses due April 3, 2023, and
    replies by April 14, 2023.

3.  Another status conference will be held with counsel for the parties on Friday,
    August 4, 2023 at 4:00 p.m.  The presence of the defendants is excused from
    this status conference, at which deadlines will be established for the filing of
    additional pretrial motions, motions in limine, and proposed instructions,
    among others.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge