> Motion GRANTED.
> Extension to 3/8/2023.
>
> /s/ Aleta A. Trauger

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:22-CR-00327 |
| ) | Judge Trauger |
| [1] CHESTER GALLAGHER ) | |
| [2] HEATHER IDONI ) | |
| [3] CALVIN ZASTROW ) | |
| [4] COLEMAN BOYD ) | |
| [5] CAROLINE DAVIS ) | |
| [6] PAUL VAUGHN ) | |
| [7] DENNIS GREEN ) | |
| [8] EVA EDL ) | |
| [9] EVA ZASTROW ) | |
| [10] JAME ZASTROW ) | |
| [11] PAUL PLACE ) | |

## UNOPPOSED MOTION TO ENLARGE PRETRIAL MOTION DEADLINE

Come now Defendants, Chester Gallagher [1], Heather Idoni [2], Calvin Zastrow [3], Coleman Boyd [4], Caroline Davis [5], Paul Vaughn [6], Dennis Green [7], Eva Edl [8], Eva Zastrow [9], James Zastrow [10] and Paul Place [11], by and through counsel, and hereby move this Court to enlarge the March 1, 2023[1] pretrial motion filing deadline one week, until March 8, 2023.

In support of this motion, Mr. Vaughn and his codefendants submit as follows:

The above referenced indictment charges Mr. Gallagher [1], along with codefendants Heather Idoni [2], Calvin Zastrow [3], Coleman Boyd [4], Caroline Davis [5], Paul Vaughn [6], Dennis Green [7], Eva Edl [8], Eva Zastrow [9], James Zastrow [10] and Paul Place [11] with

---

[1] The current Scheduling Order sets the deadline as March 1, 2023. (DE 208).