UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:22-CR-00327 |
| ) | |
| [1] CHESTER GALLAGHER ) | JUDGE TRAUGER |
| [2] HEATHER IDONI ) | |
| [3] CALVIN ZASTROW ) | |
| [4] COLEMAN BOYD ) | |
| [5] CAROLINE DAVIS ) | |
| [6] PAUL VAUGHN ) | |
| [7] DENNIS GREEN ) | |
| [8] EVA EDL ) | |
| [9] EVA ZASTROW ) | |
| [10 JAMES ZASTROW ) | |
| [11 PAUL PLACE ) | |

**DEFENDANTS' MOTION REQUESTING LEAVE OF COURT TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY-FIVE PAGES**

COME NOW Defendants Paul Vaughn, Coleman Boyd, Caroline Davis, Eva Edl, Chester Gallagher, Dennis Green, Heather Idoni, Paul Place, Calvin Zastrow, Eva Zastrow and James Zastrow, by and through counsel, and hereby request leave of court for permission to file a memorandum of law in excess of the twenty-five page limit imposed by Local Rules of Court for the Middle District of Tennessee, Rule L.R. 7.01(a)(2). Filed contemporaneously with this request is the Defendants' Motion to Dismiss Indictment on Grounds of Selective Prosecution; that FACE is an Unconstitutional Content-Based Regulation of Speech; Violation of the Religious Freedom Restoration Act and the Free Exercise Clause; for Lack of Jurisdiction; and for the Personhood of the unborn. Defendants Vaughn, Gallgher, Idoni, Zastrow, Boyd, Davis, and Green also move for dismissal of the conspiracy charge, Count One of the Indictment, on grounds of the lack of civil rights at issue; the Government's motive is to suppress speech; the penalty is disproportionate to