UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-00327 |
| | ) | |
| [1] CHESTER GALLAGHER | ) | JUDGE TRAUGER |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [5] CAROLINE DAVIS | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |
| [8] EVA EDL | ) | |
| [9] EVA ZASTROW | ) | |
| [10 JAMES ZASTROW | ) | |
| [11 PAUL PLACE | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED MOTION TO DISMISS THE INDICTMENT**

COME NOW Defendant Paul Vaughn, by and through counsel, and moves the Court for leave to file an Amended Motion to Dismiss the Indictment. As grounds, Defendant states that the previously filed motion included an additional argument that co-counsel had not had opportunity to review and consider. The Amended Motion adds no new arguments and simply omits the argument set forth in the original motion as point VI.

WHEREFORE, Defendant moves for leave to file the Amended Motion to Dismiss, and for such other and further relief to which he may be entitled.

Respectfully submitted,

**/s/ *Stephen M. Crampton***
STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
(662) 255-9439

scrampton@thomasmoresociety.org

and

LARRY L. CRAIN, Esq.
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
larry@crainlaw.legal
www.crainlaw.legal

*Attorneys for Paul Vaughn*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion to Continue was filed electronically and served on the following by the EF/CME electronic filing system:

JODIE A. BELL
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615)244-1110/ (615) 956-4977
jodie@attorneyjodiebell.com
Attorney for Chester Gallagher

MANUEL B. RUSS
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

WILLIAM J. CONWAY
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 260-5364
wjconway@gmail.com
Attorney for Defendant Heather Idoni

DAVID R. HEROUX
Haymaker & Heroux, P.C.
545 Mainstream Drive, Suite 420
Nashville, TN 37228
(615) 250-0050
heroux@tennesseedefense.com
Attorney for Defendant Eva Edl

ROBERT LYNN PARRIS
Robert L. Parris, Attorney at Law
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow

DAVID L. COOPER
Law Office of David L. Cooper, P.C.
208 Third Avenue, N Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com
Attorney for Defendant Eva Zastrow

G. KERRY HAYMAKER
Haymaker & Heroux, P.C.

RAYBURN McGOWAN, Jr.
8005 Church Street East, Suite 219

545 Mainstream Drive. Suite 420  
Nashville, TN 37228  
(615) 250-0050  
haymaker@tennesseedefense.com  
Attorney for Defendant Coleman Boyd

Brentwood, TN 37207  
(615) 244-7070  
mcgowanrayburnjr@bellsouth.net  
Attorney for Defendant James Zastrow

STEVE C. THORNTON, Esq.  
P.O. Box 16465  
Jackson, MS 39236  
(601) 982-0313  
mail@lawlives.com  
Attorney for Defendant Coleman Boyd

LEONARD E. LUCAS, III  
The Law Firm of Leonard Earl Lucas  
315 Deadrick St, Suite 1550  
Nashville, TN 37238  
(301) 204-6498  
leonard.lucas@lellawfirm.com  
Attorney for Defendant Paul Place

HEATHER G. PARKER  
Evans Bulloch Parker PLLC  
302 North Spring Street  
PO Box 398  
Murfreesboro, TN 37133-0398  
(615) 896-4154  
heatherparker@bfhelaw.com  
Attorney for Defendant Caroline Davis

AMANDA J. KLOPF  
U.S. Attorney's Office (Nashville)  
719 Church Street, Suite 3300  
Nashville, TN 37203  
(615) 736-5151  
amanda.klopf@usdoj.gov  
Representing **USA**

LARRY LAMONT CRAIN  
5214 Maryland Way, Suite 402  
Brentwood, TN 37207  
(615) 376-2600  
larry@crainlaw.legal  
Attorney for Defendant Paul Vaughn

SANJAY PATEL  
Department of Justice  
150 M Street NE  
Washington, DC 20002  
(202) 598-1018  
Sanjay.patel@usdoj.gov  
Representing **USA**

STEPHEN M. CRAMPTON  
Thomas More Society  
P.O. Box 4506  
Tupelo, MS  38803  
(662) 255-9439  
scrampton@thomasmoresociety.org  
Attorney for Defendant Paul Vaughn

NIKHIL A. RAMNANEY  
Department of Justice  
150 M Street NE  
Washington, DC 20002  
(202) 598-1018  
nikhil.ramnaney@usdoj.gov  
Representing **USA**

This the 9th day of March, 2023.

/s/ Stephen M. Crampton  
STEPHEN M. CRAMPTON