> Motion GRANTED.
> /s/ [Judge signature]

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:22-CR-00327 |
| ) | |
| [1] CHESTER GALLAGHER ) | JUDGE TRAUGER |
| [2] HEATHER IDONI ) | |
| [3] CALVIN ZASTROW ) | |
| [4] COLEMAN BOYD ) | |
| [5] CAROLINE DAVIS ) | |
| [6] PAUL VAUGHN ) | |
| [7] DENNIS GREEN ) | |
| [8] EVA EDL ) | |
| [9] EVA ZASTROW ) | |
| [10 JAMES ZASTROW ) | |
| [11 PAUL PLACE ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED MOTION TO DISMISS THE INDICTMENT

COME NOW Defendant Paul Vaughn, by and through counsel, and moves the Court for leave to file an Amended Motion to Dismiss the Indictment. As grounds, Defendant states that the previously filed motion included an additional argument that co-counsel had not had opportunity to review and consider. The Amended Motion adds no new arguments and simply omits the argument set forth in the original motion as point VI.

WHEREFORE, Defendant moves for leave to file the Amended Motion to Dismiss, and for such other and further relief to which he may be entitled.

Respectfully submitted,

**/s/ Stephen M. Crampton**
STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
(662) 255-9439