Motion GRANTED.
*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:22-CR-00327 |
| | ) | JUDGE TRAUGER |
| [1] CHESTER GALLAGHER | ) | |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [5] CAROLINE DAVIS | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |
| [8] EVA EDL | ) | |
| [9] EVA ZASTROW | ) | |
| [10] JAMES ZASTROW | ) | |
| [11] PAUL PLACE | ) | |

## GOVERNMENT'S MOTION TO WITHDRAW AS COUNSEL

The United States of America, hereby moves this Court to withdraw Trial Attorney Nikhil Ramnaney as counsel of record in this case. Assistant United States Attorney (AUSA) Amanda Klopf and Trial Attorney Sanjay Patel will remain as counsels for the Government.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

s/ Nikhil Ramnaney
Nikhil Ramnaney
Trial Attorney
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 598-1018
FAX: (202) 514-8336
E-mail: nikhil.ramnaney@usdoj.gov