Motion GRANTED. Extension to 4/28/2023.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-00327 |
| | ) | |
| [1] HESTER GALLAGHER | ) | Judge Trauger |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [5] CAROLINE DAVIS | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |
| [8] EVA EDL | ) | |
| [9] EVA ZASTROW | ) | |
| [10 JAMES ZASTROW | ) | |
| [11 PAUL PLACE | ) | |

**UNOPPOSED MOTION TO ENLARGE
PRETRIAL MOTION DEADLINE**

Comes now Defendant Coleman Boyd [4], by and through counsel, and moves the Court to enlarge the April 14, 2023 pretrial motion filing deadline two weeks for all defendants; and in support thereof submits the following:

The Court's Scheduling Order [DE 208] set April 14, 2023 as the deadline for Defendants to file replies in support of motions to dismiss, with that date representing an allocation of approximately two weeks for Defendants to prepare and file their replies. This allocated period was however compressed down to four (4) days by the respective extensions requested and granted to both defendants and government.

In light of such reduction, Defendants need additional time to prepare their replies, and for that reason respectfully request the current deadline be enlarged to April 28, 2023,