Motion GRANTED.
*[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-00327 |
| | ) | |
| [1] HESTER GALLAGHER | ) | Judge Trauger |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [5] CAROLINE DAVIS | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |
| [8] EVA EDL | ) | |
| [9] EVA ZASTROW | ) | |
| [10 JAMES ZASTROW | ) | |
| [11 PAUL PLACE | ) | |

## MOTION TO EXCEED PAGE LIMIT

Comes now Defendant Coleman Boyd [4], by and through counsel, and hereby request for all Defendants permission to file a memorandum of law in excess of the page limit imposed by Rule L.R. 7.01(a)(4), Local Rules of Court for the Middle District of Tennessee; and in support thereof submits the following:

The submission of a single reply memorandum by Defendants that addresses all of the legal issues involved in Defendants two motions to dismiss (and opposed by the Government's brief in response) will promote judicial efficiency and economy. Such single reply memorandum will allow a more concise and orderly presentation of the arguments than would separate memoranda from multiple defendants.

1