IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:22-cr-00327-2 |
| | ) | Trauger/Holmes |
| HEATHER IDONI | ) | |

**O R D E R**

Pending before the Court is the motion of Defendant Heather Idoni to modify one of her current conditions of release, namely Condition 7(h), to allow her to "visit with and speak to other co-defendants, including but not limited to Eva Edl" (Docket No. 280), which is represented to be unopposed by the government and is therefore GRANTED.[1] Condition 7(h) of Ms. Idoni's pretrial release conditions (Docket No. 32-5 at 2) is modified to permit the defendant to contact co-defendants who are also close friends, including Eva Edl, but not to discuss any facts or circumstances surrounding the indictment in this case or otherwise related to the instant case.

All other conditions of release remain in place.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The motion does not state whether defense counsel also conferred with Pretrial Services. The Court once again reminds counsel that any requested modification of release conditions must be discussed with Pretrial Services and the position of Pretrial Services must be included in the motion. Failure to do so may result in delay of the Court's consideration or denial of the requested relief.