# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Chester Gallagher, et al.<br>*Defendant* | Case No. 3:22-CR-00327 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 08/03/2023

/s/ Kyle Boynton
*Attorney's signature*

Kyle Boynton, VA 92123
*Printed name and bar number*

Civil Rights Division
950 Pennsylvania Ave. NW
Washington, DC 20530
*Address*

kyle.boynton@usdoj.gov
*E-mail address*

(202) 598-0449
*Telephone number*

*FAX number*