REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-327

**UNITED STATES OF AMERICA**

Judge: Trauger

V.

Hearing Date: August 4, 2023

Chester Gallagher, et al.

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Roxann Harkins

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf & Kyle Boynton

Defense Attorneys (cont')
Heather Parker, Larry Crain, David Cooper & Rayburn McGowan.
**By Telephone:** Stephen Crampton, Ben Russ, David Heroux & Leonard Lucas

Defense Attorney(s): Jodie Bell, William Conway, Robert Parris, Kerry Haymaker, Steve Thornton

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Status Conference held with counsel only. Order to enter

Total Time in Court: 30 minutes

Clerk of Court
by: Debby Sawyer