IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| CHESTER GALLAGHER, ET AL., | ) | |

**ORDER**

On August 7, 2023, the court entered an order that specifically set the deadline for motions for change of plea at October 2, 2023 (Doc. No. 298). To the extent that Judge Trauger's standard order setting the case for trial, entered November 3, 2022 (Doc. No. 209), sets a deadline of January 3, 2023 for changes of plea, that deadline is hereby VACATED. Any other deadlines set in that standard order that are inconsistent with the deadlines set in the August 7, 2023 order are also hereby VACATED; the August 7, 2023 order supersedes any prior deadlines set in other orders.

Should additional defendants wish to change their plea, the court will entertain motions to extend the change of plea deadline from October 2, 2023.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge