IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Status hearing set for 10/16/2023 at 4:00 p.m. (Attorneys only)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:22-cr-00327 |
| v. | ) |
| | ) |
| | ) |
| CHESTER GALLAGHER, et al. | ) |

## UNOPPOSED MOTION FOR STATUS CONFERENCE

The United States of America, by and through its counsel of record, respectfully moves this Court to set a status conference. In support thereof, the United States understands that the majority of the defendants intend to proceed to trial, and believes a discussion of logistics may be valuable for all parties and the Court. Counsel for defendants do not oppose this motion. The parties are generally available on Monday afternoons, and believe the afternoon of October 16 would generally work for all parties. Certain counsel are unavailable October 18 through 26. The parties also request permission for counsel to appear telephonically, if necessary.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*s/ Amanda J. Klopf*
AMANDA J. KLOPF
Assistant United States Attorney
791 Church St, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL