FID 11403587

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Heather Idoni | ) Case No. 3:22-00327 Judge Campbell |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Heather Idoni,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services, in violation of 18 USC 241, 248

Date: 10/03/2022

*Issuing officer's signature*

City and state: Nashville, TN

Dalaina Thompson, Case Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* 10/4/22, and the person was arrested on *(date)* 10/6/22
at *(city and state)* Detroit, MI.

Date: 10/5/23

Allen for FBI
*Arresting officer's signature*

A. Allen, SDUSM
*Printed name and title*

Case 3:22-cr-00327   Document 305   Filed 10/05/23   Page 1 of 1 PageID #: 1008