# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-00327 |
| | ) | |
| [1] CHESTER GALLAGHER | ) | JUDGE TRAUGER |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |
| [8] EVA EDL | ) | |
| [9] EVA ZASTROW | ) | |
| [11 PAUL PLACE | | |

## UNOPPOSED AND JOINT MOTION TO ENLARGE TIME TO FILE 404(B) OBJECTIONS AND RELATED DEADLINES

COME NOW Defendants Chester Gallagher, Paul Vaughn, Coleman Boyd, Eva Edl, Dennis Green, Heather Idoni, Paul Place, Calvin Zastrow, and Eva Zastrow[1], by and through counsel, and hereby request additional time to October 27, 2023 to file their objections to the government's 404(b) notice that was provided on October 6, 2023, and the government's responses to those objections would be due November 13, 2023.

In support of this motion, the defendants submit the following:

As of the last status conference on August 4, 2023, the parties have engaged in plea negotiations, some of which have been complicated by some of the defendants' other pending matters. The plea negotiations took longer than anticipated resulting in the government providing the defendants with additional time to confer with counsel about their respective plea proposals.

---

[1] Undersigned counsel has not heard back from counsel for codefendant, James Zastrow, so counsel left Mr. Zastrow off the motion.

As a result of this additional time, the government provided their 404(b) notice on October 6, 2023, by agreement of the parties, later than originally anticipated. The Court's scheduling order provides that any objections are due by October 13, 2023 (DE 298). The government's October 6 2023 notice was accompanied by additional discovery related to the 404(b) matters and indicated that "in the coming days" more discovery would be provided to the parties pertaining to incidents in Michigan that the government intends to introduce under Rule 404(b) at the trial of this matter. During the late afternoon of October 11, 2023, undersigned counsel were notified that additional discovery was available for pick up at the U.S. Attorney's Office.

Due to the late notice and outstanding discovery pertaining to various incidents, the defendants need additional time to review, research and respond to the government's notice. The parties have agreed, subject to the court's approval, to file any objections to the government's 404(b) notice by October 27, 2023 with the government filing their responsive pleadings by November 13, 2023. This additional time should not affect the other dates outlined in the Court's August 7, 2023 scheduling order (DE 298).

Undersigned counsel has specifically conferred with Assistant United States Attorney Amanda Klopf and Ms. Klopf has no objection to this filing and is in agreement with the proposed dates.

Based upon the foregoing, undersigned counsel for the defendants request that the Court grant the instant motion ordering that Rule 404(b) objections be filed by October 27, 2023 and that the government respond by November 13, 2023.

Respectfully submitted,


**/s/ *Stephen M. Crampton (by permission)***
STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS  38803
(662) 255-9439
scrampton@thomasmoresociety.org

and

LARRY L. CRAIN, Esq.
5214 Maryland Way, Suite 402
Brentwood, TN  37027
(615) 376-2600
larry@crainlaw.legal
www.crainlaw.legal

*Attorneys for Paul Vaughn*


**/s/ *Jodie A. Bell***
JODIE A. BELL, Esq.
214 Second Avenue North, Suite 208
Nashville, TN  37201
(615)244-1110/ (615) 956-4977

*Attorney for Chester Gallagher*

/s/ **_William Conway (by permission)_**
WILLIAM J. CONWAY, Esq.
214 Second Avenue North, Suite 208
Nashville, TN  37201
(615) 250-5363
wjconway@gmail.com

*Attorney for Heather Idoni*

/s/ **_G. Kerry Haymaker (by permission)_**
G. KERRY HAYMAKER, Esq.
Haymaker & Heroux, P.C.
545 Mainstream Drive, Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com

and
/s/ **_Steve C. Thornton  (by permission)_**
STEVE C. THORNTON, Esq.
P.O. Box 16465
Jackson, MS 39236
(601) 982-0313
mail@lawlives.com

*Attorneys for Defendant Coleman Boyd*

/s/ **_Manuel B. Russ (by permission)_**
MANUEL B. RUSS
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com

*Attorney for Defendant Dennis Green*

/s/ **_David R. Heroux (by permission)_**
DAVID R. HEROUX, P.C.
Haymaker & Heroux, P.C.
545 Mainstream Drive, Suite 420
Nashville, TN 37228
(615) 250-0050
heroux@tennesseedefense.com

*Attorney for Defendant Eva Ed*

4

**/s/ *David L. Cooper (by permission)***
DAVID L. COOPER
Law Office of David L. Cooper, P.C.
208 Third Avenue, N Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com

*Attorney for Defendant Eva Zastrow*


**/s/ *Leonard E. Lucas, III (by permission)***
LEONARD E. LUCAS, III
The Law Firm of Leonard Earl Lucas
315 Deadrick St, Suite 1550
Nashville, TN 37238
(301) 204-6498
leonard.lucas@lellawfirm.com

*Attorney for Defendant Paul Place*

5

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion to Continue was filed

electronically and served on the following by the EF/CME electronic filing system:

JODIE A. BELL
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615)244-1110/ (615) 956-4977
jodie@attorneyjodiebell.com
Attorney for Chester Gallagher

MANUEL B. RUSS
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

WILLIAM J. CONWAY
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 260-5364
wjconway@gmail.com
Attorney for Defendant Heather Idoni

DAVID R. HEROUX
Haymaker & Heroux, P.C.
545 Mainstream Drive, Suite 420
Nashville, TN 37228
(615) 250-0050
heroux@tennesseedefense.com
Attorney for Defendant Eva Edl

ROBERT LYNN PARRIS
Robert L. Parris, Attorney at Law
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow

DAVID L. COOPER
Law Office of David L. Cooper, P.C.
208 Third Avenue, N Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com
Attorney for Defendant Eva Zastrow

G. KERRY HAYMAKER
Haymaker & Heroux, P.C.
545 Mainstream Drive. Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd

RAYBURN McGOWAN, Jr.
8005 Church Street East, Suite 219
Brentwood, TN 37207
(615) 244-7070
mcgowanrayburnjr@bellsouth.net
Attorney for Defendant James Zastrow

STEVE C. THORNTON, Esq.
P.O. Box 16465
Jackson, MS 39236
(601) 982-0313
mail@lawlives.com
Attorney for Defendant Coleman Boyd

LEONARD E. LUCAS, III
The Law Firm of Leonard Earl Lucas
315 Deadrick St, Suite 1550
Nashville, TN 37238
(301) 204-6498
leonard.lucas@lellawfirm.com
Attorney for Defendant Paul Place

HEATHER G. PARKER
Evans Bulloch Parker PLLC
302 North Spring Street
PO Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
heatherparker@bfhelaw.com
Attorney for Defendant Caroline Davis

LARRY LAMONT CRAIN
5214 Maryland Way, Suite 402
Brentwood, TN 37207
(615) 376-2600
larry@crainlaw.legal
Attorney for Defendant Paul Vaughn

STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS  38803
(662) 255-9439
scrampton@thomasmoresociety.org
Attorney for Defendant Paul Vaughn

AMANDA J. KLOPF
U.S. Attorney's Office (Nashville)
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 736-5151
amanda.klopf@usdoj.gov
Representing **USA**

SANJAY PATEL
Department of Justice
150 M Street NE
Washington, DC 20002
(202) 598-1018
Sanjay.patel@usdoj.gov
Representing **USA**

This the 11th day of October, 2023.

/s/ Jodie A. Bell__
JODIE A. BELL