UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | No. 3:22-CR-00327-1 |
| | : | JUDGE TRAUGER |
| [1] CHESTER GALLAGHER | : | |
| [2] HEATHER IDONI | : | |
| [3] CALVIN ZASTROW | : | |
| [4] COLEMAN BOYD | : | |
| [5] CAROLINE DAVIS | : | |
| [6] PAUL VAUGHN | : | |
| [7] DENNIS GREEN | : | |
| [10] JAMES ZASTROW | : | |
| [11] PAUL PLACE | : | |

**MOTION TO WAIVE IN-PERSON APPEARANCE**

Comes now Defendant Paul Vaughn, by and through undersigned counsel, and hereby moves this Court for leave to waive counsel's in-person appearance and allow him to appear by telephone at the status conference set for Monday, October 16, 2023 at 4:00 p.m. In support of this motion, Mr. Vaughn states that counsel will be out of state on a previously scheduled matter and unable to attend in person.

WHEREFORE, Mr. Vaughn requests that this Court grant the instant motion waiving counsel's in-person appearance and allow counsel to appear telephonically, and for such other and further relief to which he may be entitled.

Respectfully submitted,

**/s/ *Stephen M. Crampton)***
STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
662-255-9439
scrampton@thomasmoresociety.org

and

LARRY L. CRAIN, Esq.
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
larry@crainlaw.legal
www.crainlaw.legal

*Counsel for Paul Vaughn*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on all counsel of record reflected below by the ECF/CME electronic filing system.

| JODIE A. BELL                     | WILLIAM J. CONWAY                | DAVID L. COOPER                  |
|-----------------------------------|----------------------------------|----------------------------------|
| Washington Square Building        | William J. Conway, Esq.          | Law Office of David L. Cooper, P.C. |
| 214 Second Avenue North, Suite 208 | P.C. 214 Second Avenue North, Suite 208 | 208 Third Avenue, N Suite 300 |
| Nashville, TN 37201               | Nashville, TN 37201              | Nashville, TN 37201              |
| (615) 953-4977                    | (615) 260-5364                   | (615) 256-1008                   |
| jodie@attorneyjodiebell.com       | wjconway@gmail.com               | dcooper@cooperlawfirm.com        |
|                                   |                                  |                                  |
| Attorney for Defendant Chester Gallagher | Attorney for Defendant Heather Idoni | Attorney for Defendant Eva Zastrow |
| **LARRY LAMONT CRAIN**            | **STEVE C. THORNTON**            | **G. KERRY HAYMAKER**            |
| 5214 Maryland Way                 | P.O. Box 16465                   | Haymaker & Heroux, P.C.          |
| Suite 402                         | Jackson, MS 39236                | 545 Mainstream Drive             |
| Brentwood, TN 37207               | (601) 982-0313                   | Suite 420                        |
| (615) 376-2600                    | mail@lawlives.com                | Nashville, TN 37228              |
| larry@crainlaw.legal              |                                  | (615) 250-0050                   |
|                                   | Attorney for Defendant Coleman Boyd | haymaker@tennesseedefense.com |
| Attorney for Defendant Paul Vaughn |                                  |                                  |
|                                   |                                  | Attorney for Defendant Coleman Boyd |
| **LEONARD E. LUCAS, III**         | **RAYBURN McGOWAN, Jr.**         | **HEATHER G. PARKER**            |
| The Law Firm of Leonard Earl Lucas | 8005 Church Street East Suite 219 | Evans Bulloch Parker PLLC 302 North Spring Street |
| 315 Deadrick St, Suite 1550       | Brentwood, TN 37207              | PO Box 398                       |
| Nashville, TN 37238               | (615) 244-7070                   | Murfreesboro, TN 37133-0398      |
| (301) 204-6498                    | mcgowanrayburnjr@bellsouth.net   | (615) 896-4154                   |
| leonard.lucas@lellawfirm.com      |                                  | heatherparker@bfhelaw.com        |
|                                   | Attorney for Defendant James Zastrow |                              |
| Attorney for Defendant Paul Place |                                  | Attorney for Defendant Caroline Davis |
| **ROBERT LYNN PARRIS**            | **MANUEL B. RUSS**               | **DAVID R. HEROUX, P.C.**        |
| Robert L. Parris, Attorney at Law | 340 21st Avenue North            | Haymaker & Heroux, P.C.          |
| 200 Jefferson Avenue              | Nashville, TN 37203              | 545 Mainstream Drive             |
| Suite 1500                        | (615) 329-1919                   | Suite 420                        |
| Memphis, TN 38103                 | russben@gmail.com                | Nashville, TN 37228              |
| (615) 490-8026                    |                                  | (615) 250-0050                   |
| rlp@robertparrisattorney.com      | Attorney for Defendant Dennis Green | heroux@tennesseedefense.com   |
|                                   |                                  |                                  |
| Attorney for Defendant Calvin Zastrow |                              | Attorney for Defendant Eva Edl   |

| | |
|---|---|
| **AMANDA J. KLOPF**<br>U.S. Attorney's Office<br>(Nashville)<br>719 Church Street<br>Suite 3300<br>Nashville, TN 37203<br>(615) 736-5151<br>amanda.klopf@usdoj.gov<br><br>Representing **USA** (*Plaintiff*) | **SANJAY PATEL**<br>Department of Justice<br>150 M Street NE<br>Washington, DC<br>20002<br>(202) 598-1018<br>Sanjay.patel@usdoj.gov<br><br>Representing **USA** (*Plaintiff*) |

This the 12th day of October, 2023.

/s/Stephen M. Crampton
Stephen M. Crampton

4