UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-327

**UNITED STATES OF AMERICA**
V.

CHESTER GALLAGHER, HEATHER IDONI, CALVIN ZASTROW, COLEMAN BOYD, PAUL VAUGHN, DENNIS GREEN, EVA EDL, EVA ZASTROW, JAMES ZASTROW, PAUL PLACE

(list each defendant appearing at hearing)

Judge: TRAUGER
Hearing Date: 10/16/2023
Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf

Defense Attorney(s): Jodie Bell, Will Conway, Robert Parris, Kerry Haymaker, (continued below)

**TRIAL PROCEEDINGS**
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

**NON-TRIAL PROCEEDINGS**
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Continuing defense counsel appearances: Steve Thornton, Larry Crain, Stephen Crampton, Ben Russ, David Heroux, David Cooper, Rayburn McGowan, and Leonard Lucus.

Status conference held. Order to enter.

Total Time in Court: 4 mins each for 10 defts

Clerk of Court
by: Katheryn Beasley