# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| CHESTER GALLAGHER, ET AL., | ) | |

## ORDER

A status conference was held with counsel for the parties on October 16, 2023. Counsel for Caroline Davis was excused, as Ms. Davis has pled guilty.

It is hereby ORDERED that the government shall file a motion to sever the trials of misdemeanor defendants from the trials of the felony defendants by October 23, 2023. Defendants shall respond by October 30, 2023.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge