# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:22-cr-00327 |
| ) | Judge Trauger |
| CHESTER GALLAGHER, ET AL., ) | |

## ORDER

It is hereby ORDERED that any responses in opposition to the government's Motion to Sever (Doc. No. 327) shall be filed by October 30, 2023. Defendants who do not object to the Motion to Sever need not make a filing.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge