UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 22-CR-96 (CKK)
:
LAUREN HANDY, :
JOHN HINSHAW, :
HEATHER IDONI, :
WILLIAM GOODMAN, and :
HERB GERAGHTY, :
:
Defendants. :

## JURY VERDICT FORM

**DEFENDANT LAUREN HANDY**

### COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant Lauren Handy

_____✓_____ Guilty          _____ Not Guilty

### COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant Lauren Handy

_____✓_____ Guilty          _____ Not Guilty

Special Findings:

If you have found the Defendant GUILTY on Count Two, on which of the following grounds (either or both) have you found the Defendant guilty on Count Two? If you have found the Defendant NOT GUILTY on Count Two, do not make a special finding as to this Defendant and proceed to the next page.

Force:

Guilty: ✓     Not Guilty: _____

Physical Obstruction:

Guilty: ✓     Not Guilty: _____

[Continue to next page]

**DEFENDANT JOHN HINSHAW**

## COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant John Hinshaw

____✓____ Guilty          _____ Not Guilty

## COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant John Hinshaw

____✓____ Guilty          _____ Not Guilty

Special Findings:

If you have found the Defendant GUILTY on Count Two, on which of the following grounds (either or both) have you found the Defendant guilty on Count Two?   If you have found the Defendant NOT GUILTY on Count Two, do not make a special finding as to this Defendant and proceed to the next page.

Force:

Guilty: __✓__          Not Guilty: _____

Physical Obstruction:

Guilty: __✓__          Not Guilty: _____

[Continue to next page]

## DEFENDANT HEATHER IDONI

### COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant Heather Idoni

___✓___ Guilty            _____ Not Guilty

### COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant Heather Idoni

___✓___ Guilty            _____ Not Guilty

Special Findings:

If you have found the Defendant GUILTY on Count Two, on which of the following grounds (either or both) have you found the Defendant guilty on Count Two? If you have found the Defendant NOT GUILTY on Count Two, do not make a special finding as to this Defendant and proceed to the next page.

Force:

Guilty: ✓            Not Guilty: _____

Physical Obstruction:

Guilty: ✓            Not Guilty: _____

[Continue to next page]

## DEFENDANT WILLIAM GOODMAN

### COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant William Goodman

____✓____ Guilty      _____ Not Guilty

### COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant William Goodman

____✓____ Guilty      _____ Not Guilty

Special Findings:

If you have found the Defendant GUILTY on Count Two, on which of the following grounds (either or both) have you found the Defendant guilty on Count Two? If you have found the Defendant NOT GUILTY on Count Two, do not make a special finding as to this Defendant and proceed to the next page.

Force:

Guilty: ✓      Not Guilty: _____

Physical Obstruction:

Guilty: ✓      Not Guilty: _____

[Continue to next page]

**DEFENDANT HERB GERAGHTY**

### COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant Herb Geraghty

_____✓_____ Guilty          _____ Not Guilty

### COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant Herb Geraghty

_____✓_____ Guilty          _____ Not Guilty

Special Findings:

If you have found the Defendant GUILTY on Count Two, on which of the following grounds (either or both) have you found the Defendant guilty on Count Two? If you have found the Defendant NOT GUILTY on Count Two, do not make a special finding as to this Defendant and proceed to the next page.

Force:

Guilty: ✓          Not Guilty: _____

Physical Obstruction:

Guilty: ✓          Not Guilty: _____