IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:22-cr-00327 |
| ) | Judge Trauger |
| [1] CHESTER GALLAGHER, ) | |
| [2] HEATHER IDONI ) | |
| [3] CALVIN ZASTROW ) | |
| [4] COLEMAN BOYD ) | |
| [6] PAUL VAUGHN ) | |
| [7] DENNIS GREEN ) | |
| [8] EVA EDL ) | |
| [9] EVA ZASTROW ) | |
| [10] JAMES ZASTROW ) | |
| [11] PAUL PLACE ) | |

**ORDER**

On October 23, 2023, the government filed a Motion to Sever (Doc. No. 327). All defendants were given until October 30, 2023 within which to object to any aspect of this motion (Doc. No. 328), and no objections have been filed. The Motion to Sever is therefore GRANTED. It is hereby ORDERED that defendants [8] Eva Edl, [9] Eva Zastro, [10] James Zastrow and [11] Paul Place, who are charged with Class B misdemeanor petty offenses, are hereby SEVERED from the remaining defendants, and the charges against them will be tried in a bench trial to be held before Magistrate Judge Chip Frensley at some time after the trial of the remaining defendants, scheduled to begin on January 16, 2024.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge