UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | No. 3:22-CR-00327-1 |
| | ] | JUDGE TRAUGER |
| [1] CHESTER GALLAGHER | ] | |
| [2] HEATHER IDONI | ] | |
| [3] CALVIN ZASTROW | ] | |
| [4] COLEMAN BOYD | ] | |
| [6] PAUL VAUGHN | ] | |
| [7] DENNIS GREEN | ] | |

### UNOPPOSED MOTION REQUESTING PERMISSION TO FILE ADDITIONAL *IN LIMINE* MOTIONS WARRANTED BY ADDITIONAL GOVERNMENT DISCLOSURES IF NECESSARY

Comes now the Defendants, Chester Gallagher, Heather Idoni, Calvin Zastrow, COLEMAN BOYD, PAUL VAUGHN and DENNIS GREEN, by and through undersigned counsel, and hereby requests permission to file additional *in limine* motions should additional unanticipated issues arise following the Government's further disclosures of discovery and Jencks materials which defense counsel anticipate prior to trial.

In support of this motion, the Defendants submit as follows:

Pursuant to this Court's scheduling order, the Defendants' *in limine* motions are due December 4, 2023 (DE 298). In anticipation of the *in limine* deadline, defense counsel and the Government have conferred about various issues. The parties have reached agreement on some issues and will file *in limine* motions addressing issues that remain in dispute by the December 4th, 2023, deadline. While discussing these issues, the Government indicated that it intends to

provide additional materials to the defense as the trial date nears. Upon receipt of those materials, additional *in limine* issues may be necessary and appropriate.

Defense counsel consulted with the Government and they do not oppose this motion. As the Defendants do not currently have all of the materials that the Government intends to disclose, the Defendants request leave of this Court to file additional *in limine* motions regarding issues that may arise from the additional discovery materials the Government anticipates disclosing to the defense. Similarly, should the defense provide the Government with Defense Discovery that warrants the need for the Government to file any additional motions *in limine,* the Defendants do not oppose the Government filing *in limine* motions or other pleadings to address any issues that arise. The parties have been conferring about *in limine* motions and other issues in an attempt to work matters out prior to filing motions and in an effort to streamline the trial as much as possible.

Based upon the foregoing, the parties request that the Court grant the instant motion and allow the parties to file additional motions in limine, if issues are raised by future discovery and other disclosures.

Respectfully submitted,


    /s/ **Jodie A. Bell**
JODIE A. BELL, No. 18336
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com
Attorney for Chester Gallagher

   **/s/ William J. Conway  (by permission)**
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 260-5364
wjconway@gmail.com
Attorney for Defendant Heather Idoni

   **/s/ Robert L. Parris (by permission)**
Robert L. Parris, Attorney at Law
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow

   **/s/ Kerry Haymaker (by permission)**
Haymaker & Heroux, P.C.
545 Mainstream Drive, Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd


   **/s/ Stephen M. Crampton (by permission)**
 STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS  38803
662-255-9439

scrampton@thomasmoresociety.org
Attorney for Defendant Paul Vaughn


   **/s/ Manuel B. Russ (by permission)**
MANUEL B. RUSS
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following by the EF/CME electronic filing system:

**WILLIAM J. CONWAY**
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 260-5364
wjconway@gmail.com
Attorney for Defendant Heather Idoni

**ROBERT LYNN PARRIS**
Robert L. Parris, Attorney at Law
200 Jefferson Avenue
Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow

**G. KERRY HAYMAKER**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd

**HEATHER G. PARKER**
Evans Bulloch Parker PLLC
302 North Spring Street
PO Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
heatherparker@bfhelaw.com
Attorney for Defendant Caroline Davis

**LARRY LAMONT CRAIN**
5214 Maryland Way
Suite 402
Brentwood, TN 37207
(615) 376-2600
larry@crainlaw.legal

**STEPHEN M. CRAMPTON**
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
662-255-9439
scrampton@thomasmoresociety.org
Attorney for Defendant Paul Vaughn

**MANUEL B. RUSS**
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

**DAVID R. HEROUX, P.C.**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
heroux@tennesseedefense.com
Attorney for Defendant Eva Edl

**DAVID L. COOPER**
Law Office of David L. Cooper, P.C.
208 Third Avenue, N Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com
Attorney for Defendant Eva Zastrow

**RAYBURN McGOWAN, Jr.**
8005 Church Street East
Suite 219
Brentwood, TN 37207
(615) 244-7070
mcgowanrayburnjr@bellsouth.net
Attorney for Defendant James Zastrow

**LEONARD E. LUCAS, III**
The Law Firm of Leonard Earl Lucas
315 Deadrick St, Suite 1550
Nashville, TN 37238

(301) 204-6498
leonard.lucas@lellawfirm.com
Attorney for Defendant Paul Place

**AMANDA J. KLOPF**
U.S. Attorney's Office (Nashville)
719 Church Street
Suite 3300
Nashville, TN 37203
(615) 736-5151
amanda.klopf@usdoj.gov
Representing **USA** (*Plaintiff*)

**KYLE BOYNTON**
Department of Justice
150 M Street NE
Washington, DC 20002
(202) 598-0449
Representing **USA** (*Plaintiff*)

This the 4th day of December 2023.

/s/ Jodie A. Bell
JODIE A. BELL