IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-cr-00327 |
| v. ) | |
| ) | Hon. Aleta Trauger |
| [1] CHESTER GALLAGHER ) | |
| [2] HEATHER IDONI ) | |
| [3] CALVIN ZASTROW ) | |
| [4] COLEMAN BOYD ) | |
| [6] PAUL VAUGHN ) | |
| [7] DENNIS GREEN ) | |

## GOVERNMENT'S PROPOSED VERDICT FORM

We, the Jury, unanimously find the following:

### COUNT ONE

Count One of the Indictment charges each Defendant with violating Title 18, United States Code, Section 241 - Conspiracy Against Rights. With respect to the charge in Count One of the Indictment, we find the Defendant:

(1) CHESTER GALLAGHER

 Guilty _____      Not Guilty _____

(2) HEATHER IDONI

 Guilty _____      Not Guilty _____

(3) CALVIN ZASTROW

 Guilty _____      Not Guilty _____

(4) COLEMAN BOYD

 Guilty _____      Not Guilty _____

(6) PAUL VAUGHN

 Guilty _____      Not Guilty _____

(7) DENNIS GREEN

Guilty _____                    Not Guilty _____

## COUNT TWO

Count Two of the Indictment charges each Defendant with violating Title 18, United States Code, Sections 248(a)(1) and 2 - the Freedom of Access to Clinic Entrances (FACE) Act; and for violating the FACE Act either personally or as an aider and abettor under Title 18, United States Code, Section 2. With respect to the charge in Count Two of the Indictment, we find the Defendant:

(1) CHESTER GALLAGHER

Guilty _____                    Not Guilty _____

(2) HEATHER IDONI

Guilty _____                    Not Guilty _____

(3) CALVIN ZASTROW

Guilty _____                    Not Guilty _____

(4) COLEMAN BOYD

Guilty _____                    Not Guilty _____

(6) PAUL VAUGHN

Guilty _____                    Not Guilty _____

(7) DENNIS GREEN

Guilty _____                    Not Guilty _____


_____
FOREPERSON

_____
DATE