# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| UNITED STATES<br>*Plaintiff*<br>v.<br>CHESTER GALLAGHER, ET AL.<br>*Defendant* | Case No. 3:22-cr-00327 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 12/06/2023

/s/ Wilfred T. Beaye, Jr.
*Attorney's signature*

Wilfred T. Beaye, Jr., Pennsylvania 325340
*Printed name and bar number*

U.S. Department of Justice
150 M St, NE
Washington, DC 20530
*Address*

wilfred.beaye@usdoj.gov
*E-mail address*

(771) 333-1681
*Telephone number*

*FAX number*