IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-cr-00327 |
| v. ) | |
| ) | |
| ) | |
| CHESTER GALLAGHER, et al ) | |

## MOTION FOR TELEPHONIC STATUS CONFERENCE

The United States of America, by and through its counsel of record, respectfully moves this Court to set a telephonic status conference on December 19 or 20. In support thereof, the United States believes a discussion of jury selection logistics may be valuable for all parties and the Court.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*s/ Amanda J. Klopf*
AMANDA J. KLOPF
Assistant United States Attorney
791 Church St, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
*s/ Kyle Boynton*
KYLE BOYNTON
WILFRED BEAYE, JR.
Trial Attorneys
Civil Rights Division, Criminal Section
U.S. Department of Justice

950 Pennsylvania Ave. NW
Washington, DC 20530
202-598-0449 phone
202-514-6588 fax
Kyle.Boynton@usdoj.gov
Wilfred.Beaye@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion For Status Conference was electronically filed with the Clerk on December 15, 2023, and service was made upon all persons registered in that case via CM/ECF and/or by email.

*/s/Amanda Klopf*
AMANDA KLOPF
Assistant United States Attorney