Motion GRANTED. A telephonic status conference is set for 12/19/2023 at 10:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )     No. 3:22-cr-00327 |
| v. | ) |
| | ) |
| | ) |
| CHESTER GALLAGHER, et al | ) |

## MOTION FOR TELEPHONIC STATUS CONFERENCE

The United States of America, by and through its counsel of record, respectfully moves this Court to set a telephonic status conference on December 19 or 20. In support thereof, the United States believes a discussion of jury selection logistics may be valuable for all parties and the Court.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*s/ Amanda J. Klopf*_____
AMANDA J. KLOPF
Assistant United States Attorney
791 Church St, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
*s/ Kyle Boynton*_____
KYLE BOYNTON
WILFRED BEAYE, JR.
Trial Attorneys
Civil Rights Division, Criminal Section
U.S. Department of Justice