IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-cr-00327 |
| v. | ) | |
| | ) | |
| | ) | |
| CHESTER GALLAGHER, et al. | ) | |

## PARTIAL JOINT NOTICE OF FILING OF PROPOSED JURY QUESTIONAIRE

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, respectfully files the attached Joint Proposed Jury Questionnaire. Please note, two of the questions are not joint, and those defendants opposing the questions are noted in footnotes. The parties respectfully request that the Court provide copies of the completed questionnaires to the parties on or before January 12, 2024, to enable the parties to be prepared at the start of trial on January 16, 2024.

The parties anticipate that individual voir dire may be necessary for several potential jurors. The parties propose that, after review of the questionnaires, the parties identify potential jurors for whom they would want to conduct individual voir dire, and the Court call those potential jurors into the courtroom one at a time for voir dire. This will avoid the need to conduct voir dire at the bench and may expedite the jury selection process.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*s/ Amanda J. Klopf*

AMANDA J. KLOPF
Assistant United States Attorney
791 Church St, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
*s/ Kyle Boynton*
KYLE BOYNTON
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 202-598-0449
Kyle.Boynton@usdoj.gov

*s/ Wilfred T. Beaye*
Wilfred T. Beaye, Jr.
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 771-3333-1681
Wilfred.Beaye@usdoj.gov

/s/ with authorization

**JODIE A. BELL**
Law Office of Jodie A. Bell
Washington Square Building 214 Second Avenue North Suite 208
Nashville, TN 37201
USA
jodie@attorneyjodiebell.com
(615) 953-4977

*Attorney for Defendant Chester Gallagher*

 /s/ with authorization
**WILLIAM J. CONWAY**
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 260-5364
wjconway@gmail.com

*Attorney for Defendant Heather Idoni*

 /s/ with authorization
**LARRY LAMONT CRAIN**
5214 Maryland Way
Suite 402
Brentwood, TN 37207
(615) 376-2600
larry@crainlaw.legal

**STEPHEN M. CRAMPTON**
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
662-255-9439
scrampton@thomasmoresociety.org
*Attorneys for Defendant Paul Vaughn*

 /s/ with authorization
**ROBERT LYNN PARRIS**
208 3rd Avenue North Ste 300
Nashville, TN 37201
rlp@robertparrisattorney.com
(901) 490-8026

*Attorney for Defendant Calvin Zastrow*

 /s/ with authorization

**G. KERRY HAYMAKER**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com

**STEVE C. THORNTON, I**
Steve Thornton Attorney Law Office
P.O. Box 16465
Jackson, MS 39236
mail@lawlives.com
(601) 982-0313

*Attorneys for Defendant Coleman Boyd*

 /s/ with authorization
**MANUEL B. RUSS**
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com

**JOHN R. MANSON**
3112 Carrington Court
Nashville, TN 37218
USA
jmanson@lewisthomason.com
615-259-1366

*Attorneys for Defendant Dennis Green*

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Notice was electronically filed with the Clerk on December 18, 2023, and service was made upon all persons registered in that case via CM/ECF and/or by email.

      */s/Amanda Klopf*
AMANDA KLOPF
Assistant United States Attorney