UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION
719 Church Street
Nashville, TN 37203



**CONFIDENTIAL JUROR QUESTIONNAIRE**

This Questionnaire, to be filled out by each prospective juror, is designed solely to save time and assist in jury selection. These questions could be asked in open court, but you are given more privacy by answering them in this Questionnaire.

Answer all questions to the best of your ability. There are no right or wrong answers. To answer correctly, you must answer honestly. Please read each question carefully. Print your answers clearly. Do not discuss them with anyone.

If you cannot answer a question because you do not understand it, write "Do Not Understand" next to the question. If you cannot answer because you do not know, write "Do Not Know" next to the question.

-------------------------------------------------------------------------------

Questionnaires will be available to counsel for the limited purpose of assisting their preparation for jury selection. They are not otherwise to be used, copied, or disclosed without Court Order. After use at trial, Questionnaires shall be returned to the Clerk. Contact prior to trial by any counsel, party or any person acting on behalf of any counsel or party with any prospective juror is absolutely forbidden. Non-compliance with this directive or any other limitation imposed with reference to the disclosure or use of the Questionnaires will lead to contempt of Court citation and other appropriate sanction.

**COMPLETE AND RETURN THIS QUESTIONNAIRE IMMEDIATELY.**

Juror No.: _____

Full Name: _____ Age: _____ Gender: _____

1. What is your current relationship status? Are you:

**Single** ☐Never married ☐Living with someone ☐Divorced ☐Widowed

**Married** ☐Never divorced ☐Previously divorced ☐Currently separated

2. City or Community you currently live in: _____

   Zip Code: _____

3. How long have you lived in your current city or community? _____

4. Where else have you lived during the last ten years (without giving your address(es))?

   _____

5. If married, or sharing a household with another adult, please describe that person's job. (Please indicate if they are retired, a homemaker who does not work outside the home, unemployed, disabled, or a student.)

   A. Employer:

   B. Job Title:

   C. How long has he/she had (or did have) this job:

   D. Job Duties:

6. Other than a spouse or children, who else lives in your household:

Relationship to you: _____

Age: __

Occupation (if any): _____

7. What is your current or most recent job? (Please indicate if you are retired, a homemaker who does not work outside the home, unemployed, disabled or a student.)

    A. Employer:

    B. Job Title:

    C. How long have you had (or did you have) this job:

    D. Job Duties:

8. Please briefly describe the types of jobs you have held in the last 10 years:

_____

_____

_____

9. What is your highest level of education?

   \_\_\_\_\_ Less than high school

   \_\_\_\_\_ High school graduate (or GED)

   \_\_\_\_\_ Technical training/trade school

   \_\_\_\_\_ Major/degree: _____ School Attended: _____

   \_\_\_\_\_ Some college

   \_\_\_\_\_ Major/degree: _____ School Attended: _____

   \_\_\_\_\_ College graduate

   \_\_\_\_\_ Major/degree: _____ School Attended: _____

   \_\_\_\_\_ Graduate school

   \_\_\_\_\_ Major/degree: _____ School Attended: _____

10. Please describe your spouse/partner's occupation (please do not list employer's name/address).

_____

_____

11. What is your spouse/partner's highest level of education or degree?

_____

12. Have you ever served in the any branch of the armed forces of the United States (including the military reserves, National Guard, or ROTC)?

( ) Yes ( ) No

13. If yes, please answer the following:

   a. Please list what branch of service, the approximate years of service, highest rank attained, and places where you were stationed.

   _____

   _____

   b. What areas of specialized training did you receive?

   _____

   c. Did you ever participate in a court martial? ☐Yes    ☐No; If yes, please describe your role and the charges:

   _____

   _____

14. Please describe any previous jury or grand jury service in state or federal court:

   A. Was it a grand jury?              ( ) Yes     ( ) No

   B. Was it a trial jury?              ( ) Yes     ( ) No

   C. Were you the foreperson?          ( ) Yes     ( ) No

    D. Was it a criminal case in which you were asked to
       return a verdict of guilty or not guilty?    ( ) Yes    ( ) No

    E. Was it a civil case in which you were asked to
       Return a verdict for plaintiff or defendant?    ( ) Yes    ( ) No

    F. Did you reach a verdict in a criminal case?    ( ) Yes    ( ) No

    G. Did you reach a verdict in a civil case?    ( ) Yes    ( ) No

15. Have you ever been a witness in a civil or criminal case in state or federal court?

    ( ) Yes    ( ) No

    If yes, briefly describe the case and outcome:

    _____

    _____

16. Have you ever been a party (plaintiff or defendant) in a civil case in state or federal court?

    ( ) Yes    ( ) No

    If yes, briefly describe the case and outcome:

    _____

    _____

17. Have you, a close family member, or friend, ever been a party to any legal action or proceeding involving the United States, its officers, agents or employees?

    ( ) Yes    ( ) No

    If yes, briefly explain:

    _____

    _____

18. Have you, a close family member, or friend ever been the victim of a crime?

    ( ) Yes    ( ) No

If yes:

    A. Describe the victim:

    B. What was the case?

    C. Who investigated it?

    D. Was the crime solved?  ( ) Yes  ( ) No

    E. Was the perpetrator criminally prosecuted?  ( ) Yes  ( ) No

    F. Was the victim fairly treated?  ( ) Yes  ( ) No

If no, please describe the reason why: _____

_____

    G. Whether or not a perpetrator was caught, were you satisfied with the conduct of the police investigation and prosecutors?  ( ) Yes  ( ) No

If no, please describe the reason why?

_____

_____

    H. Would this experience influence your ability to reach a verdict based only on the evidence in this case?  ( ) Yes  ( ) No

If yes, briefly explain:

_____

_____

19. Excluding minor matters such as traffic tickets, have you, a family member, or close friend ever been the subject of a criminal investigation, charged with a crime, or convicted of a crime?

( ) Yes ( ) No

If yes:

    A. What was the nature of the offense:

B. Were you/they charged? If so, what happened after you/they were charged?

C. Would this experience influence your ability to reach a verdict based only on the evidence in this case?

( ) Yes    ( ) No

If yes, briefly explain:

_____

_____

20. Have you ever had an experience, either positive or negative, with any law enforcement officer or any government agency that could influence your verdict?

( ) Yes        ( ) No

If yes, briefly explain:

_____

_____

21. Does any department or agency of the United States government have a claim against you or any family member or close friend?

( ) Yes        ( ) No

If yes, briefly explain:

_____

_____

22. Have you, a family member, or close friend ever been employed by any prosecutor's office, law enforcement agency, or other federal, state, or local governmental agency?

( ) Yes        ( ) No

If yes, briefly explain:

A. Identify the employee:

B. Describe your relationship to the employee:

C. Identify the employer:

D. Approximate dates of employment:

E. Job title and description:

23. Have you, a close family member, or friend ever been employed by anyone involved in criminal defense work, such as private defense attorneys, public defenders, or private investigators?

( ) Yes ( ) No

If yes, briefly explain:

___

A. Identify the employee:

B. Describe your relationship to the employee:

C. Identify the employer:

D. Approximate dates of employment:

E. Job title and description:

24. Have you ever volunteered, been employed, or applied for work in any local law enforcement field or agency, such as the police or sheriff; federal law enforcement (i.e. FBI, ATF, DEA, IRS, Homeland Security, or Postal Inspection Service); private security; or as a probation, parole, or correctional officer?

( ) Yes ( ) No

If yes, please describe the job and approximate dates:

___

25. What news outlets do you rely upon for news:

   _____

   _____

   _____

26. Do you have any strong personal feelings about any recent federal cases that might interfere with your ability to be fair and impartial in this case?

   _____

   _____

27. Do you listen to podcasts?

   ( ) Yes        ( ) No

28. If yes, please list your top three favorites?

   _____

   _____

   _____

29. Have you, a family member, or close friend ever been employed, applied for work, or volunteered at any hospital, medical facility, clinic or other business providing any health care services?

    ( ) Yes          ( ) No

    If yes, briefly explain:

    A. Identify the employee/volunteer:

    B. Describe your relationship to the employee/volunteer:

    C. Identify the facility or business:

    D. Approximate dates of employment/volunteering:

    E. Job title and description:

30. This case involves the delivery of reproductive health services. The term "reproductive health services" means reproductive health services provided in a hospital, clinic, physician's office, or other facility, and includes medical, surgical, counselling or referral services relating to the human reproductive system, including services relating to pregnancy or the termination of a pregnancy. Do you have any opinions or beliefs regarding the issue of reproductive health services that would make it difficult for you to serve on this jury?

    ( ) Yes          ( ) No

    If yes, please explain:

    _____

    _____

    _____

31. On a scale of 1-10, how would you rank the importance of the issue of abortion to you, whether for or against, with 1 being unimportant and 10 being the most important issue to you?[1]

    _____

---

[1] Defendants Paul Vaughn and Coleman Boyd oppose the inclusion of this question.

32. Do you, a family member, or a close friend belong to any group or organization or do you contribute money to any group or organization that advocates regarding any aspect of reproductive health care?

   ( ) Yes    ( ) No

   If yes, please explain:

   _____

   _____

   _____

33. Have you, a family member, or a close friend ever participated in any protest, march, or rally regarding any political issue?

   ( ) Yes    ( ) No

   If yes, have any of the protests involved issues related to reproductive health care, as defined above in Question 30:

   _____

   _____

   _____

34. Do you have any beliefs that would affect your ability to sit in judgment in a criminal case?[2]

   ( ) Yes    ( ) No

   If yes, please explain:

   _____

   _____

   _____

---

[2] Paul Vaughn opposes the inclusion of this question.

35. Have you or a close friend or family member had any life experiences that would affect your ability to be fair and impartial in a case involving reproductive health services?

( ) Yes    ( ) No

If yes, please explain:

_____

_____

_____

36. Could you vote to convict or acquit someone accused of violating a law regardless of your personal feelings about that law?

( ) Yes    ( ) No    ( ) Maybe

If no or maybe, please explain:

_____

_____

_____

37. Do you have a language, hearing, or eyesight problem, or other condition, or are you taking medication, that makes it difficult for you to serve as a juror?

( ) Yes ( ) No

If yes, what effect does it have?

_____

Are there any accommodations that could be made to make it less difficult for you to serve as a juror?

_____
_____

38. Does a close family member or friend have a medical or physical condition that would make it difficult for you to serve as a juror? ( ) Yes ( ) No
If yes, briefly explain:

_____
_____

39. Is there any circumstance taking place in your life, whether personal, family, work, or other that prevents you from devoting your full attention during a trial beginning on January 16, 2024 and lasting approximately two weeks? ( ) Yes ( ) No

If yes, briefly explain:

_____
_____

I HEREBY STATE THAT ALL THE ANSWERS GIVEN IN THIS QUESTIONNAIRE ARE TRUE, CORRECT, AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

DATE: _____, 2023

_____
Juror's signature

Print Name