REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-327(1-4,6,7)

UNITED STATES OF AMERICA
V.

Judge: TRAUGER

Hearing Date: 12/19/2023

CHESTER GALLAGHER, HEATHER IDONI, CALVIN ZASTROW, COLEMAN BOYD, PAUL VAUGHN, DENNIS GREEN

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter:

(list each defendant appearing at hearing)

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf, Kyle Boynton, Wilfred Beaye

Defense Attorney(s): Jodie Bell, Will Conway, Robert Parris, David Komisar, (continued below)

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☑
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. |  | 7. |  |
| 2. |  | 8. |  |
| 3. |  | 9. |  |
| 4. |  | 10. |  |
| 5. |  | 11. |  |
| 6. |  | 12. |  |
| Alt 1. |  | Alt 2. |  |

COMMENTS:

Continuing defense counsel appearances: Kerry Haymaker, Steve Thornton, Larry Crain, Stephen Crampton, and Ben Russ

Telephone conference held regarding juror questionaire. Order to enter.

Total Time in Court: 5 mins each for 6 defts

Clerk of Court
by: Katheryn Beasley