# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:22-cr-00327 |
| ) | Judge Trauger |
| [1] CHESTER GALLAGHER, ) | |
| [2] HEATHER IDONI ) | |
| [3] CALVIN ZASTROW ) | |
| [4] COLEMAN BOYD ) | |
| [6] PAUL VAUGHN ) | |
| [7] DENNIS GREEN ) | |

## ORDER

A telephone conference was held with counsel for the parties on December 19, 2023. The following are hereby ORDERED:

1. Defendants shall file objections to the government's proposed instructions by December 20, 2023, and the government shall respond to those objections by January 5, 2024.

2. The government shall file its reply in connection with its Motion to Protect Witnesses (Doc. No. 353) by December 21, 2023.

3. By 12:00 noon on January 13, 2024, the parties shall file under seal the names of jurors that they contend should be stricken for cause based upon answers in the Jury Questionnaires.

4. Given the process discussed in the telephone conference, the court anticipates that jury selection may conclude by the end of the day on Tuesday, January 16, 2024. Therefore, the government shall be prepared to begin putting on proof as early as the morning of January 17, 2024, depending upon the length of opening statements.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge