IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:22-cr-00327 |
| v. | ) |
| | ) |
| | ) |
| CHESTER GALLAGHER, et al. | ) |

### NOTICE OF FILING OF REVISED PROPOSED JURY QUESTIONAIRE

The United States of America, by and through its counsel of record, respectfully files the attached Revised Proposed Jury Questionnaire. The United States has circulated the attached Questionnaire to defense counsel, and has not received any objections.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*s/ Amanda J. Klopf*
AMANDA J. KLOPF
Assistant United States Attorney
791 Church St, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
*s/ Kyle Boynton*
KYLE BOYNTON
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Phone: 202-598-0449
Kyle.Boynton@usdoj.gov

*s/ Wilfred T. Beaye*
Wilfred T. Beaye, Jr.
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 771-333-1681
Wilfred.Beaye@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Notice was electronically filed with the Clerk on December 19, 2023, and service was made upon all persons registered in that case via CM/ECF and/or by email.

                                      */s/Amanda Klopf*
                                      AMANDA KLOPF
                                      Assistant United States Attorney