**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**
719 Church Street
Nashville, TN 37203



**CONFIDENTIAL JUROR QUESTIONNAIRE**

This Questionnaire, to be filled out by each prospective juror, is designed solely to save time and assist in jury selection. These questions could be asked in open court, but you are given more privacy by answering them in this Questionnaire.

Answer all questions to the best of your ability. There are no right or wrong answers. To answer correctly, you must answer honestly. Please read each question carefully. Print your answers clearly. Do not discuss them with anyone.

If you cannot answer a question because you do not understand it, write "Do Not Understand" next to the question. If you cannot answer because you do not know, write "Do Not Know" next to the question.

--------------------------------------------------------------------------------

Questionnaires will be available to counsel for the limited purpose of assisting their preparation for jury selection. They are not otherwise to be used, copied, or disclosed without Court Order. After use at trial, Questionnaires shall be returned to the Clerk. Contact prior to trial by any counsel, party or any person acting on behalf of any counsel or party with any prospective juror is absolutely forbidden. Non-compliance with this directive or any other limitation imposed with reference to the disclosure or use of the Questionnaires will lead to contempt of Court citation and other appropriate sanction.

**COMPLETE AND RETURN THIS QUESTIONNAIRE IMMEDIATELY.**

Juror No.: _____

Full Name: _____ Age: _____ Gender: _____

1. What is your current relationship status? Are you:

**Single** ☐Never married ☐Living with someone ☐Divorced ☐Widowed

**Married** ☐Never divorced ☐Previously divorced ☐Currently separated

2. City or Community you currently live in: _____

   Zip Code: _____

3. How long have you lived in your current city or community? _____

4. Where else have you lived during the last ten years (without giving your address(es))?

   _____

5. What is your current or most recent job? (Please indicate if you are retired, a homemaker who does not work outside the home, unemployed, disabled or a student.)

   A. Employer:

   B. Job Title:

   C. How long have you had (or did you have) this job:

   D. Job Duties:

6. Please briefly describe the types of jobs you have held in the last 10 years:

   _____

   _____

   _____

7. What is your highest level of education?

   _____ Less than high school

   _____ High school graduate (or GED)

Technical training/trade school

_____ Major/degree: _____ School Attended: _____

_____ Some college

_____ Major/degree: _____ School Attended: _____

_____ College graduate

_____ Major/degree: _____ School Attended: _____

_____ Graduate school

_____ Major/degree: _____ School Attended: _____

8. If married, or sharing a household with another adult, please describe that person's job. (Please indicate if they are retired, a homemaker who does not work outside the home, unemployed, disabled, or a student.)

   A. Employer:

   B. Job Title:

   C. How long has he/she had (or did have) this job:

   D. Job Duties:

9. Other than a spouse or children, who else lives in your household:

Relationship to you: _____

Age: __

Occupation (if any): _____

10. What is your spouse/partner's highest level of education or degree?

_____

11. Have you ever served in the any branch of the armed forces of the United States (including the military reserves, National Guard, or ROTC)?

   ( ) Yes ( ) No

12. If yes, please answer the following:

   a. Please list what branch of service, the approximate years of service, highest rank attained, and places where you were stationed.

   _____

   _____

   b. What areas of specialized training did you receive?

   _____

   c. Did you ever participate in a court martial? ☐Yes ☐No; If yes, please describe your role and the charges:

_____

_____

_____

13. Please describe any previous jury or grand jury service in state or federal court:

    A. Was it a grand jury? ( ) Yes ( ) No

    B. Was it a trial jury? ( ) Yes ( ) No

    C. Were you the foreperson? ( ) Yes ( ) No

    D. Was it a criminal case in which you were asked to return a verdict of guilty or not guilty? ( ) Yes ( ) No

    E. Was it a civil case in which you were asked to Return a verdict for plaintiff or defendant? ( ) Yes ( ) No

    F. Did you reach a verdict in a criminal case? ( ) Yes ( ) No

    G. Did you reach a verdict in a civil case? ( ) Yes ( ) No

14. Have you ever been a witness in a civil or criminal case in state or federal court?

    ( ) Yes  ( ) No

    If yes, briefly describe the case and outcome:

_____

_____

15. Have you ever been a party (plaintiff or defendant) in a civil case in state or federal court?

    ( ) Yes  ( ) No

    If yes, briefly describe the case and outcome:

_____

_____

16. Have you, a close family member, or friend, ever been a party to any legal action or proceeding involving the United States, its officers, agents or employees?

( ) Yes ( ) No

If yes, briefly explain:

_____

_____

17. Have you, a close family member, or friend ever been the victim of a crime?

   ( ) Yes ( ) No

   If yes:

   A. Describe the victim:

   B. What was the case?

   C. Who investigated it?

   D. Was the crime solved? ( ) Yes ( ) No

   E. Was the perpetrator criminally prosecuted? ( ) Yes ( ) No

   F. Was the victim fairly treated? ( ) Yes ( ) No

   If no, please describe the reason why: _____

   _____

   G. Whether or not a perpetrator was caught, were you satisfied with the conduct of the police investigation and prosecutors? ( ) Yes ( ) No

   If no, please describe the reason why?

   _____

   _____

   H. Would this experience influence your ability to reach a verdict based only on the evidence in this case? ( ) Yes ( ) No

   If yes, briefly explain:

18. Excluding minor matters such as traffic tickets, have you, a family member, or close friend ever been the subject of a criminal investigation, charged with a crime, or convicted of a crime?

   ( ) Yes ( ) No

   If yes:

   A. What was the nature of the offense:

   B. Were you/they charged? If so, what happened after you/they were charged?

   C. Would this experience influence your ability to reach a verdict based only on the evidence in this case?

      ( ) Yes   ( ) No

   If yes, briefly explain:

   _____

   _____

19. Have you ever had an experience, either positive or negative, with any law enforcement officer or any government agency that could influence your verdict?

   ( ) Yes        ( ) No

   If yes, briefly explain:

   _____

   _____

20. Does any department or agency of the United States government have a claim against you or any family member or close friend?

   ( ) Yes        ( ) No

   If yes, briefly explain:

_____

_____

21. Have you, a family member, or close friend ever been employed by any prosecutor's office, law enforcement agency, or other federal, state, or local governmental agency?

    ( ) Yes    ( ) No

    If yes, briefly explain:

    A. Identify the employee:

    B. Describe your relationship to the employee:

    C. Identify the employer:

    D. Approximate dates of employment:

    E. Job title and description:

22. Have you, a close family member, or friend ever been employed by anyone involved in criminal defense work, such as private defense attorneys, public defenders, or private investigators?

    ( ) Yes    ( ) No

    If yes, briefly explain:

    _____

    A. Identify the employee:

    B. Describe your relationship to the employee:

    C. Identify the employer:

    D. Approximate dates of employment:

    E. Job title and description:

23. Have you ever volunteered, been employed, or applied for work in any local law enforcement field or agency, such as the police or sheriff; federal law enforcement (i.e. FBI, ATF, DEA,

IRS, Homeland Security, or Postal Inspection Service); private security; or as a probation, parole, or correctional officer?

( ) Yes    ( ) No

If yes, please describe the job and approximate dates:

_____

_____

_____

24. What news outlets do you rely upon for news:

_____

_____

_____

25. Do you have any strong personal feelings about any recent federal cases that might interfere with your ability to be fair and impartial in this case?

_____

_____

26. Do you listen to podcasts?

    ( ) Yes        ( ) No

27. If yes, please list your top three favorites?

_____

_____

_____

28. Have you, a family member, or close friend ever been employed, applied for work, or volunteered at any hospital, medical facility, clinic or other business providing any health care services?

( ) Yes ( ) No

If yes, briefly explain:

A. Identify the employee/volunteer:

B. Describe your relationship to the employee/volunteer:

C. Identify the facility or business:

D. Approximate dates of employment/volunteering:

E. Job title and description:

29. This case involves the delivery of reproductive health services. The term "reproductive health services" means reproductive health services provided in a hospital, clinic, physician's office, or other facility, and includes medical, surgical, counselling or referral services relating to the human reproductive system, including services relating to pregnancy or the termination of a pregnancy. Do you have any opinions or beliefs regarding the issue of reproductive health services that would make it difficult for you to serve on this jury?

( ) Yes ( ) No

If yes, please explain:

_____

_____

_____

30. On a scale of 1-10, how would you rank the importance of the issue of abortion to you, whether for or against, with 1 being unimportant and 10 being the most important issue to you?

_____

31. Do you, a family member, or a close friend belong to any group or organization or do you contribute money to any group or organization that advocates regarding any aspect of reproductive health care?

   ( ) Yes   ( ) No

   If yes, please explain:

   _____

   _____

   _____

32. Have you, a family member, or a close friend ever participated in any protest, march, or rally regarding any political issue?

   ( ) Yes   ( ) No

   If yes, have any of the protests involved issues related to reproductive health care, as defined above in Question 30:

   _____

   _____

   _____

33. Do you have any beliefs that would affect your ability to sit in judgment in a criminal case?

   ( ) Yes   ( ) No

   If yes, please explain:

   _____

   _____

   _____

34. Have you or a close friend or family member had any life experiences that would affect your ability to be fair and impartial in a case involving reproductive health services?

    ( ) Yes   ( ) No

    If yes, please explain:

    _____

    _____

    _____

35. Could you vote to convict or acquit someone accused of violating a law regardless of your personal feelings about that law?

    ( ) Yes   ( ) No   ( ) Maybe

    If no or maybe, please explain:

    _____

    _____

    _____

36. Do you have a language, hearing, or eyesight problem, or other condition, or are you taking medication, that makes it difficult for you to serve as a juror?

    ( ) Yes                                                                                      ( ) No

    If yes, what effect does it have?
    _____

    Are there any accommodations that could be made to make it less difficult for you to serve as a juror?

    _____
    _____

37. Does a close family member or friend have a medical or physical condition that would make it difficult for you to serve as a juror?  ( ) Yes     ( ) No
    If yes, briefly explain:

    _____
    _____

38. Is there any circumstance taking place in your life, whether personal, family, work, or other that prevents you from devoting your full attention during a trial beginning on January 16, 2024 and lasting approximately two weeks?  ( ) Yes    ( ) No

    If yes, briefly explain:

    _____
    _____

    I HEREBY STATE THAT ALL THE ANSWERS GIVEN IN THIS QUESTIONNAIRE ARE TRUE, CORRECT, AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

    DATE: _____, 2023


    _____
    Juror's signature
    _____
    Print Name