> Motion GRANTED.
> /s/ [Judge signature]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:22-cr-00327 |
| | ) | |
| CHESTER GALLAGHER, et al | ) | JUDGE TRAUGER |

## MOTION FOR LEAVE TO MANUALLY FILE A COMPACT DISC

The United States of America, by and through Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorney, hereby submits the following motion for leave to manually file a compact disc, Exhibit A to Docket Entry 403-1, containing audio from Wilson County Court.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: *s/ Amanda Klopf*
Amanda Klopf
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on December 26, 2023 with the Clerk via CM/ECF and that a copy will be sent to defense counsel of record via CM/ECF.

*s/Amanda Klopf*
Amanda Klopf