UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 3:22-CR-00327 |
| ] | JUDGE TRAUGER |
| [1] CHESTER GALLAGHER ] | |
| [2] HEATHER IDONI ] | |
| [3] CALVIN ZASTROW ] | |
| [4] COLEMAN BOYD ] | |
| [7] DENNIS GREEN ] | |

## MOTION REQUESTING LEAVE TO MANUALLY FILE AUDIO/VISUAL RECORDINGS RELEVANT TO OBJECTIONS AND PRETRIAL ISSUES

Comes now the Defendants, Chester Gallager, Heather Idoni, Calvin Zastrow, Coleman Boyd, Paul Vaughn and Dennis Green, by and through undersigned counsel, and hereby move this Honorable Court for permission to manually file a flash drive containing five audio/visual recordings of the March 5, 2021 incident.

In support of this Motion, undersigned counsel submit the following:

1. The Government has provided a list of approximately seventy-one recording clips and has indicated that it intends to introduce the majority of the clips at trial during the government's case-in-chief (see attached video clip list, Exhibit A); the Government is still in the process of deciding which of the listed clips they intend to introduce at trial. The video clips are from five different videos.

2. The Government has indicated that it will introduce a clip and a transcript of the clip through one of its agents. If the government does this, the defense will need to introduce responsive video clips and transcripts to put the isolated statements into context.

3. The parties have attempted to resolve the video clip issue but have been unsuccessful. The defense has suggested playing video clips, in full, with slight redactions. The Government, thus far, is not agreeable to this proposal.

4. Once the Defendants have a finite list of the Government's clips, the Defendants will generate their responsive clips, however the Defendants will also propose to the Court that a more efficient and accurate manner of presenting the video clips is to play at least one of the longer videos with a few redactions. The playing of one or more of the longer videos (Chet Gallagher or Dennis Green video) provides the most accurate and relevant depiction of what occurred and the context in which events transpired.

Because the Defendants anticipate that the videos will be the subject of litigation as the trial date nears, the Defendants wish to manually file a thumb drive containing the following videos with the Court:

Dennis Green Video

Carafem Employee Video (IMG_4126.mov)[1]

WZTV-FOX-17 News Video

Chet Gallagher Video

Coleman Boyd Recording

Because the parties anticipate litigation prior to the playing of the above videos, the Defendants request leave of court to manually file a thumb drive containing the videos with the Court, so that the Court has them in advance of the January 10, 2024 pretrial conference, in the event that the Court may want to review them in advance.

Based upon foregoing, the Defendants request that the instant motion be granted and that the Defendants be allowed to manually file the videos.

Respectfully submitted,

   /s/ **William J. Conway**
WILLIAM J. CONWAY
214 2ND Ave. North, Suite 208
Nashville, TN 37201
(615) 260-5363
wjconway@gmail.com
Attorney for Defendant Heather Idoni

---

[1] The Government has proposed to play this entire video but to mute the sound. The defense will object to this and will seek to play the same video with the sound on. *See* FRE 106, 611(a) and 801(d)(2).

   /s/ **Jodie A. Bell**   **(by permission)**
JODIE A. BELL, No. 18336
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com
Attorney for Chester Gallagher

   **/s/ Manuel B. Russ**  **(by permission)**
Manuel B. Russ
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

   **/s/ Robert L. Parris (by permission)**
Robert L. Parris, Attorney at Law
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow

   **/s/ Kerry Haymaker (by permission)**
Haymaker & Heroux, P.C.
545 Mainstream Drive, Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following by the EF/CME electronic filing system:

**JODIE A. BELL**
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 953-4977
jodie@attorneyjodiebell.com
Attorney for Defendant Chester Gallagher

**ROBERT LYNN PARRIS**
Robert L. Parris, Attorney at Law
200 Jefferson Avenue
Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow

**G. KERRY HAYMAKER**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd

**HEATHER G. PARKER**
Evans Bulloch Parker PLLC
302 North Spring Street
PO Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
heatherparker@bfhelaw.com
Attorney for Defendant Caroline Davis

**LARRY LAMONT CRAIN**
5214 Maryland Way
Suite 402
Brentwood, TN 37207
(615) 376-2600
larry@crainlaw.legal

**STEPHEN M. CRAMPTON**
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
662-255-9439
scrampton@thomasmoresociety.org
Attorney for Defendant Paul Vaughn

**MANUEL B. RUSS**
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

**DAVID R. HEROUX, P.C.**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
heroux@tennesseedefense.com
Attorney for Defendant Eva Edl

**DAVID L. COOPER**
Law Office of David L. Cooper, P.C.
208 Third Avenue, N Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com
Attorney for Defendant Eva Zastrow

**RAYBURN McGOWAN, Jr.**
8005 Church Street East
Suite 219
Brentwood, TN 37207
(615) 244-7070
mcgowanrayburnjr@bellsouth.net
Attorney for Defendant James Zastrow

**LEONARD E. LUCAS, III**
The Law Firm of Leonard Earl Lucas
315 Deadrick St, Suite 1550
Nashville, TN 37238
(301) 204-6498

leonard.lucas@lellawfirm.com
Attorney for Defendant Paul Place

**AMANDA J. KLOPF**
U.S. Attorney's Office (Nashville)
719 Church Street
Suite 3300
Nashville, TN 37203
(615) 736-5151
amanda.klopf@usdoj.gov
Representing **USA** (*Plaintiff*)


**KYLE BOYNTON**
**WILFRED BEAYE**
Department of Justice
150 M Street NE
Washington, DC 20002
(202) 598-0449
Representing **USA** (*Plaintiff*)

This the 27th day of December 2023.

                                        <u>/s/ William J. Conway</u>
                                        WILLIAM J. CONWAY