| Dennis Green Video |
| --- |
| 0:24-1:38 |
| 2:06-2:45 |
| 9:08-9:12 |
| 10:21-11:33 |
| 15:34-16:19 |
| 17:19-17:44 |
| 19:30-19:38 |
| 20:11-20:18 |
| 21:11-21:48 |
| 21:57- 22:04 |
| 23:04 –23:25 |
| 26:12-26:25 |
| 27:47-28:04 |
| 29:09-29:16 |
| 33:31-33:58 |
| 33:49-33:17 |
| 35:32-36:18 |
| 53:52-54:41 |
| 57:21-58:06 |
| 1:00:19-1:00:41 |
| 1:14:20-1:14:26 |
| 1:29:00-1:29:06 |
| 1:32:06-1:32:18 |
| 1:32:35-1:32:47 |
| 1:33:12-1:33:40 |
| 1:34:50-1:35:43 |
| 1:36:30-1:36:44 |
| 1:38:09-1:38:41 |
| 1:41:11-1:41:43 |
| 1:45:41-1:45:45 |
| 1:46:21-1:46:53 |
| |
| Employee video |
| Whole thing, muted |
| |
| WZTV-FOX-17-News-Nashville-fbdown.net.mp4 |
| 11:13-11:19 |
| 13:53-14:03 |
| |
| Chet Gallagher Video |
| 0:48-1:12 |
| 2:37-3:04 |
| 3:04-3:38 |
| 3:38-3:52 |

| |
|---|
| 4:19-5:00 |
| 5:47-6:19 |
| 11:24-11:46 |
| 12:08-12:29 |
| 12:48-12:54 |
| 12:57-13:32 |
| 13:38-13:43 |
| 17:50-17:56 |
| 19:14-19:16 |
| 23:40-24:16 |
| 29:24-30:12 |
| 30:48-31:11 |
| 31:19-31:23 |
| 1:06:30- 1:08:09 no sound |
| 1:10:22-1:10:34 |
| 1:25:01-1:25:10 |
| 1:28:38-1:28:48 |
| 1:29:15-1:29:41 |
| 1:29:55-1:31:08 |
| 1:31:10-1:31:17 |
| 1:31:30-1:33:03 |
| 1:34:09-1:34:11 |
| 1:37:07-1:37:51 |
| 1:41:32-1:41:57 |
| |
| Coleman Boyd Recording |
| 0:00-0:08 |
| 0:33-0:52 |
| 0:57-1:40 |
| 2:02-2:26 |
| 2:47-5:22 |
| 5:30-6:10 |
| 23:29-23:56 |
| 24:09-24:18 |
| 33:45-33:52 |
| |
| |
| |