IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| CHESTER GALLAGHER, ET AL., | ) | |

**ORDER**

It is hereby ORDERED that three Motions in Limine filed by defendants who will be tried before the Magistrate Judge are REFERRED to Magistrate Judge Frensley for disposition (Doc. Nos. 332, 334, 339). The government has filed a Response to these motions (Doc. No. 347). This court has ruled on similar motions filed by the defendants to be tried before the district court on January 16, 2024 (Doc. No. 352), although this ruling does not bind the Magistrate Judge.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge