IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| CHESTER GALLAGHER, ET AL., | ) | |

## ORDER

The Government's Motion to Manually File a Compact Disc (Doc. No. 424) is GRANTED.

It is further ORDERED that, by 12:00 noon on Friday January 5, 2024, defense counsel shall provide to chambers a compact disc containing the government's clips and any additional portions of video that the defense proposes should be admitted under the rule of completeness.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge