Motion GRANTED.
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-cr-00327 |
| v. | ) | |
| | ) | |
| [1] CHESTER GALLAGHER | ) | |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |

### MOTION TO STRIKE DOCKET ENTRY 431

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves the Court to strike docket entry 431, which was filed in error.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee
/s/ *Amanda J. Klopf*
Amanda J. Klopf
Assistant United States Attorney
791 Church St., Suite 3300
Nashville, Tennessee 37203
Email: Amanda.Klopf@usdoj.gov

1