IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| CHESTER GALLAGHER, ET AL., | ) | |

## ORDER

It is hereby ORDERED that the government shall respond to the defendants' proposed instructions numbers D-3, D-13, and D-14 with opposing authority as soon as reasonably possible.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge