IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| [1] CHESTER GALLAGHER, | ) | |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |

## CORRECTED ORDER

The deadline for the filing under seal of the names of jurors to be stricken for cause contains a typographical error. The deadline is 12:00 noon on Thursday, January 11, 2024, not January 13, 2024.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge