| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 3:22-CR-00327-2 |
| | ] JUDGE TRAUGER |
| [1] CHESTER GALLAGHER | ] |
| [2] HEATHER IDONI | ] |
| [3] CALVIN ZASTROW | ] |
| [4] COLEMAN BOYD | ] |
| [6] PAUL VAUGHN | ] |
| [7] DENNIS GREEN | ] |

## NOTICE OF MANUAL FILING PURSUANT TO COURT'S ORDER

Come now the Defendants, Chester Gallagher, Heather Idoni, Calvin Zastrow, Coleman Boyd, Paul Vaughn and Dennis Green, by and through undersigned counsel, and hereby give notice of the following manual submission of an electronic drive containing the portions of the videos the Defendants propose should be admitted in compliance with the Court's Order in Docket Entry 425. The portions of videos on the enclosed drive include the clips designated by the Government. Defendants believe that the whole of the submitted portions should be admitted under the rule of completeness notwithstanding any objection for hearsay as now authorized by the new amendment to Rule 106, Federal Rules of Evidence. The manual submission includes an electronic drive containing:

1. The entire video of Chester Gallagher[1] - with accompanying transcript.

---

[1] The Defendants are willing to reduce the length of the videos if the Government will stipulate to the contents of the redacted portions, namely long periods of praying and singing hymns. Further, in compliance with the Court's prior orders on related issues, this version of the video removed a single sentence wherein the rescue at Sterling Heights, Michigan, was mentioned. See Gallagher video at approximately 1:30:30.

2. The first 25 minutes and 5 seconds of the video of Coleman Boyd[2] with accompanying transcript as well as

3. The majority of the WZTV video of Paul Vaughn with accompanying transcript.

4. The video from the clinic worker recorded from her cellular phone including the audio portion.

Defendants believe prior pleadings speak at greater length to the legal and factual basis for the admission of the videos contained on the electronic drive.

Respectfully submitted,

**/s/ William J. Conway**
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 260-5364
wjconway@gmail.com
Attorney for Defendant Heather Idoni

/s/ **Jodie A. Bell (by permission)**
JODIE A. BELL, No. 18336
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901 facsimile
jodie@attorneyjodiebell.com
Attorney for Gallagher

**/s/ Robert L. Parris (by permission)**
Robert L. Parris, Attorney at Law
200 Jefferson Avenue, Suite 1500

---

[2] The defendants would agree to reduce the length of Mr. Boyd's video by eliminating the portion from 6:20 through 23:00 if the Government will stipulate that the eliminated portion was of Boyd reading scripture, preaching and engaging in religious speech and that he was in the same position at the scene of the alleged offense the entire time that he was there.

2

Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow

**/s/ Kerry Haymaker (by permission)**
Haymaker & Heroux, P.C.
545 Mainstream Drive, Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd

**/s/ Stephen M. Crampton (by permission)**
 STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS  38803
662-255-9439
scrampton@thomasmoresociety.org
Attorney for Defendant Paul Vaughn

**/s/ Manuel B. Russ (by permission)**
MANUEL B. RUSS
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following by the EF/CME electronic filing system:

**JODIE BELL**
Jodie Bell
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com
Attorney for Chester Gallagher

**ROBERT LYNN PARRIS**
Robert L. Parris, Attorney at Law

3

200 Jefferson Avenue
Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow

**G. KERRY HAYMAKER**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd

**HEATHER G. PARKER**
Evans Bulloch Parker PLLC
302 North Spring Street
PO Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
heatherparker@bfhelaw.com
Attorney for Defendant Caroline Davis

**LARRY LAMONT CRAIN**
5214 Maryland Way
Suite 402
Brentwood, TN 37207
(615) 376-2600
larry@crainlaw.legal

**STEPHEN M. CRAMPTON**
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
662-255-9439
scrampton@thomasmoresociety.org
Attorney for Defendant Paul Vaughn

**MANUEL B. RUSS**
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

**DAVID R. HEROUX, P.C.**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
heroux@tennesseedefense.com
Attorney for Defendant Eva Edl

**DAVID L. COOPER**
Law Office of David L. Cooper, P.C.
208 Third Avenue, N Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com
Attorney for Defendant Eva Zastrow

**RAYBURN McGOWAN, Jr.**
8005 Church Street East
Suite 219
Brentwood, TN 37207
(615) 244-7070
mcgowanrayburnjr@bellsouth.net
Attorney for Defendant James Zastrow

**LEONARD E. LUCAS, III**
The Law Firm of Leonard Earl Lucas
315 Deadrick St, Suite 1550
Nashville, TN 37238
(301) 204-6498
leonard.lucas@lellawfirm.com
Attorney for Defendant Paul Place

**AMANDA J. KLOPF**
U.S. Attorney's Office (Nashville)
719 Church Street
Suite 3300
Nashville, TN 37203
(615) 736-5151
amanda.klopf@usdoj.gov
Representing **USA** (*Plaintiff*)

**KYLE BOYNTON**
Department of Justice
150 M Street NE

Washington, DC 20002
(202) 598-0449
Representing **USA** (*Plaintiff*)

      This the 5th day of January, 2024.

                            <u>/s/ William Conway</u>
                            WILLIAM CONWAY