IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHESTER GALLAGHER; HEATHER IDONI; CALVIN ZASTROW; COLEMAN BOYD; PAUL VAUGHN; DENNIS GREEN. | CASE NO. 3:22-CR-00327<br>JUDGE TRAUGER |

## NOTICE OF APPEARANCE

Joy Boyd Longnecker of the law firm of Barnes & Thornburg LLP hereby gives notice of her appearance as counsel of record in this matter for Jane Doe 2.

Respectfully submitted,

*/s/ Joy Boyd Longnecker*
Joy Boyd Longnecker (TN Bar #29627)
BARNES & THORNBURG LLP
827 19th Avenue South, Suite 930
Nashville, TN 37203
Telephone: (615) 621-6012
joy.longnecker@btlaw.com

*Attorney for Jane Doe 2*

# CERTIFICATE OF SERVICE

       I hereby certify that on January 8, 2024, a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF system to the below counsel.

Jodie A. Bell
Law Office of Jodie A. Bell
Washington Square Building 214 Second Avenue North Suite 208
Nashville, TN 37201
jodie@attorneyjodiebell.com
*Attorney for Defendant Chester Gallagher*

William J. Conway
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
wjconway@gmail.com
*Attorney for Defendant Heather Idoni*

Robert Lynn Parris
Robert L. Parris Attorney at Law
208 3rd Avenue North
Ste 300
Nashville, TN 37201
rlp@robertparrisattorney.com
*Attorney for Calvin Zastrow*

David I. Komisar
Law Office of David I. Komisar
208 Third Avenue North
Suite 300
Nashville, TN 37201
david@komisarlaw.net
*Attorney for Calvin Zastrow*

G. Kerry Haymaker
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
haymaker@tennesseedefense.com
*Attorney for Coleman Boyd*

Steve C. Thornton , I
Steve Thornton Attorney Law Office
P.O. Box 16465
Jackson, MS 39236
mail@lawlives.com
*Attorney for Coleman Boyd*

Heather G. Parker
Evans Bulloch Parker PLLC
302 North Spring Street
P O Box 398
Murfreesboro, TN 37133-0398
heatherparker@bfhelaw.com
*Attorney or Caroline Davis*

David R. Heroux
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
heroux@tennesseedefense.com
*Attorney for Eva Edl*

Larry Lamont Crain
Crain Law Group, PLLC
5214 Maryland Way
Suite 402
Brentwood, TN 37027
larry@crainlaw.legal
*Attorney for Paul Vaughn*

Stephen M. Crampton
Thomas More Society
PO Box 4506
Tupelo, MS 38803
scrampton@thomasmoresociety.org
*Attorney for Paul Vaughn*

Manuel B. Russ
340 21st Avenue North
Nashville, TN 37203
russben@gmail.com

*Attorney for Dennis Green*

David L. Cooper
Law Office of David L. Cooper, P.C.
208 Third Avenue, N
Suite 300
Nashville, TN 37201
dcooper@cooperlawfirm.com

*Attorney for Eva Zastrow*

Leonard E. Lucas , III
The Law Firm of Leonard Earl Lucas
315 Deaderick St
Suite 1550
Nashville, TN 37238
leonard.lucas@lellawfirm.com

*Attorney for Paul Place*

Kyle Randolph Boynton
Sanjay Harivadan Patel
Wilfred T. Beaye, Jr.
U. S. Department of Justice
150 M St. NE, 7.923
Washington, DC 20530
kyle.boynton@usdoj.gov
sanjay.patel@usdoj.gov
wilfred.beaye@usdoj.gov

*Attorneys for USA*

John R. Manson
3112 Carrington Court
Nashville, TN 37218
jmanson@lewisthomason.com

*Attorney for Dennis Green*

Rayburn McGowan , Jr.
8005 Church Street East
Suite 219
Brentwood, TN 37027
mcgowanrayburnjr@bellsouth.net

*Attorney for James Zastrow*

Amanda J. Klopf
U.S. Attorney's Office (Nashville)
719 Church Street
Suite 3300
Nashville, TN 37203
amanda.klopf@usdoj.gov

*Attorney for USA*

　

　

/s/ Joy Boyd Longnecker