UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) NO. 3:22-CR-00327 |
| CHESTER GALLAGHER; HEATHER IDONI; | ) JUDGE TRAUGER |
| CALVIN ZASTROW; COLEMAN BOYD; | ) |
| PAUL VAUGHN; DENNIS GREEN | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Briana T. Sprick Schuster of Bass, Berry & Sims PLC, 150 Third Avenue South, Suite 2800, Nashville, TN 37201, appears on behalf of Jane Doe Witness 1 and Jane Doe Witness 3 in the above-captioned matter.

Date: January 9, 2024

Respectfully submitted,

*/s/ Briana T. Sprick Schuster*
Briana T. Sprick Schuster (BPR #38305)
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
briana.sprick.schuster@bassberry.com

*Attorney for Jane Doe Witness 1 and Jane Doe Witness 3*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing will be served this 9th day of January, 2024 by operation of the Court's CM/ECF system on the following:

Jodie A. Bell
Law Office of Jodie A. Bell
Washington Square Building 214 Second Avenue North Suite 208
Nashville, TN 37201
USA
jodie@attorneyjodiebell.com
(615) 953-4977

*Attorney for Defendant Chester Gallagher*

William J. Conway
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
wjconway@gmail.com
(615) 260-5364
*Attorney for Defendant Heather Idoni*

Larry Lamont Crain
5214 Maryland Way
Suite 402
Brentwood, TN 37207
(615) 376-2600
larry@crainlaw.legal

Stephen M. Crampton
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
scrampton@thomasmoresociety.org
662-255-9439

*Attorneys for Defendant Paul Vaughn*

G. Kerry Haymaker
David R. Heroux
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
haymaker@tennesseedefense.com
heroux@tennesseedefense.com
(615) 250-0050

Steve C. Thornton, I
Steve Thornton Attorney Law Office
P.O. Box 16465
Jackson, MS 39236
mail@lawlives.com
(601) 982-0313

*Attorneys for Defendant Coleman Boyd*

Manuel B. Russ
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com

John R. Manson
3112 Carrington Court
Nashville, TN 37218
jmanson@lewisthomason.com
615-259-1366

*Attorneys for Defendant Dennis Green*

Amanda J. Klopf
Assistant U.S. Attorney
791 Church St, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

Kyle Boynton
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 202-598-0449
Kyle.Boynton@usdoj.gov

Wilfred T. Beaye, Jr.
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 771-333-1681
Wilfred.Beaye@usdoj.gov

Sanjay Harivadan Patel
U.S. Department of Justice
Criminal Section - Civil Rights Division
4 Constitution Square
150 M Street, NE - 7.121
Washington, DC 20530
202-307-6188
Email: sanjay.patel@usdoj.gov

*Attorneys for the USA*

Rayburn McGowan, Jr.
8005 Church Street East
Suite 219
Brentwood, TN 37027
(615) 244-7070
mcgowanrayburnjr@bellsouth.net

*Attorney for Defendant James Zastrow*

Robert Lynn Parris
208 3rd Avenue North Ste 300
Nashville, TN 37201
rlp@robertparrisattorney.com
(901) 490-8026

David I. Komisar
Law Office of David I. Komisar
208 Third Avenue North, Suite 300
Nashville, TN 327201
david@komisarlaw.net
615-256-3330

*Attorneys for Defendant Calvin Zastrow*

David L. Cooper
Law Office of David L. Cooper, P.C.
208 Third Avenue, N
Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com

*Attorney for Defendant Eva Zastrow*

Leonard E. Lucas, III
The Law Firm of Leonard Earl Lucas
315 Deaderick St
Suite 1550
Nashville, TN 37238
301-204-6498
leonard.lucas@lellawfirm.com

*Attorney for Defendant Paul Place*

3

Case 3:22-cr-00327   Document 446   Filed 01/09/24   Page 3 of 4 PageID #: 2015

Heather G. Parker
Evans Bulloch Parker PLLC
302 North Spring Street
P O Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
(615) 896-4152 (fax)
heatherparker@bfhelaw.com

*Attorney for Defendant Caroline Davis*


                                              */s/ Briana T. Sprick Schuster*