IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | NO. 3:22-CR-00327 |
| CHESTER GALLAGHER; HEATHER IDONI; ) | JUDGE TRAUGER |
| CALVIN ZASTROW; COLEMAN BOYD; ) | |
| PAUL VAUGHN; DENNIS GREEN ) | |
| ) | |
| ) | |

### MOTION TO PARTIALLY SEAL DOE WITNESS DECLARATIONS

Pursuant to Local Rule 5.03(a), Jane Doe Witness 1, Jane Doe Witness 2, and Jane Doe Witness 3 (collectively, "Doe Witnesses"), by and through undersigned counsel, respectfully moves this Court for leave to file the Doe Witnesses' Declarations (the "Doe Declarations") partially under seal. As set in the accompanying Memorandum of Law and supporting exhibits filed contemporaneously herewith, the partial sealing of the Doe Declarations is narrowly tailored to overcome the presumption of public access, and is warranted to protect the Doe Witnesses' privacy and safety as third-parties to these proceedings.

Based on the foregoing, as well as on facts and argument set forth in the accompanying Memorandum of Law and supporting exhibits filed contemporaneously herewith, Doe Witnesses respectfully move that the Court (i) grant this Motion to Partially Seal the Doe Witness Declarations, and (ii) direct the clerk to publicly file the redacted version of the Doe Witness Declarations, to include the redactions submitted in Exhibits A, B and C to the Memorandum in Support of this Motion.

Dated: January 9, 2024

/s/ Angela L. Bergman
Angela Bergman (BPR # 031981)
Sarah Miller (BPR # 033441)
Briana Sprick Schuster (BPR # 38305)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293

*Attorneys for Jane Doe Witness 1 and Jane Doe Witness 3*


/s/ Joy Longnecker
Joy Boyd Longnecker (BPR # 029627)
Mackenzie Hobbs (BPR # 040271)
J.D. Thomas (BPR #027582)
Barnes & Thornburg LLP
827 19th Ave S, Suite 930
Nashville, TN 37203-3447
Telephone (615) 621-6012
Facsimile 615) 621-6099

*Attorneys for Jane Doe Witness 2*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing will be served this 9th day of January, 2024 by operation of the Court's CM/ECF system on the following:

Jodie A. Bell
Law Office of Jodie A. Bell
Washington Square Building 214 Second Avenue North Suite 208
Nashville, TN 37201
USA
jodie@attorneyjodiebell.com
(615) 953-4977

*Attorney for Defendant Chester Gallagher*

William J. Conway
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
wjconway@gmail.com
(615) 260-5364
*Attorney for Defendant Heather Idoni*

Larry Lamont Crain
5214 Maryland Way
Suite 402
Brentwood, TN 37207
(615) 376-2600
larry@crainlaw.legal

Stephen M. Crampton
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
scrampton@thomasmoresociety.org
662-255-9439

*Attorneys for Defendant Paul Vaughn*

G. Kerry Haymaker
David R. Heroux
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
haymaker@tennesseedefense.com
heroux@tennesseedefense.com
(615) 250-0050

Steve C. Thornton, I
Steve Thornton Attorney Law Office
P.O. Box 16465
Jackson, MS 39236
mail@lawlives.com
(601) 982-0313

*Attorneys for Defendant Coleman Boyd*

Manuel B. Russ
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com

John R. Manson
3112 Carrington Court
Nashville, TN 37218
jmanson@lewisthomason.com
615-259-1366

*Attorneys for Defendant Dennis Green*

Amanda J. Klopf
Assistant U.S. Attorney
791 Church St, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

Kyle Boynton
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 202-598-0449
Kyle.Boynton@usdoj.gov

Wilfred T. Beaye, Jr.
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 771-333-1681
Wilfred.Beaye@usdoj.gov

Sanjay Harivadan Patel
U.S. Department of Justice
Criminal Section - Civil Rights Division
4 Constitution Square
150 M Street, NE - 7.121
Washington, DC 20530
202-307-6188
Email: sanjay.patel@usdoj.gov

*Attorneys for the USA*

Rayburn McGowan, Jr.
8005 Church Street East
Suite 219
Brentwood, TN 37027
(615) 244-7070
mcgowanrayburnjr@bellsouth.net

*Attorney for Defendant James Zastrow*

Robert Lynn Parris
208 3rd Avenue North Ste 300
Nashville, TN 37201
rlp@robertparrisattorney.com
(901) 490-8026

David I. Komisar
Law Office of David I. Komisar
208 Third Avenue North, Suite 300
Nashville, TN 327201
david@komisarlaw.net
615-256-3330

*Attorneys for Defendant Calvin Zastrow*

David L. Cooper
Law Office of David L. Cooper, P.C.
208 Third Avenue, N
Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com

*Attorney for Defendant Eva Zastrow*

Leonard E. Lucas, III
The Law Firm of Leonard Earl Lucas
315 Deaderick St
Suite 1550
Nashville, TN 37238
301-204-6498
leonard.lucas@lellawfirm.com

*Attorney for Defendant Paul Place*

Heather G. Parker
Evans Bulloch Parker PLLC
302 North Spring Street
P O Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
(615) 896-4152 (fax)
heatherparker@bfhelaw.com

*Attorney for Defendant Caroline Davis*

                                                                        */s/ Angela L. Bergman*