# **EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) NO. 3:22-CR-00327 |
| CHESTER GALLAGHER; HEATHER IDONI; | ) JUDGE TRAUGER |
| CALVIN ZASTROW; COLEMAN BOYD; | ) |
| PAUL VAUGHN; DENNIS GREEN | ) |
| | ) |
| | ) |

### DECLARATION OF ███████

I, ███████, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am a Board Certified and practicing obstetrician/gynecologist.

3. In March 2021, I practiced at the Mount Juliet, Tennessee location of carafem.

4. I was working in the clinic when the Defendants blockaded the entrances. I felt afraid for my safety that day. The Mount Juliet police arrested about a dozen OSA members and their children that day because they refused to leave the building.

5. I currently work at a public institution. As a public servant, my records are subject to public records requests. Beginning from shortly after I began working here, anti-abortion extremists have requested my HR file and my emails through the state's public records act.

6. I am concerned that if I am disclosed as a testifying witness in this criminal trial, Defendants' supporters will harass and harm me at my work and my home.

I provide the foregoing Declaration pursuant to 28 U.S.C. § 1746 and penalty of perjury.

1

Dated: January 5, 2024   ██████████████████   1/8/2024
████████████

2