IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| CHESTER GALLAGHER, ET AL., | ) | |

## ORDER

It is hereby ORDERED that all counsel in this case may do internet research on the prospective jurors that is publicly available. However, no counsel, party, or anyone working on behalf of the defendants or their counsel, with or without pay, may attempt to "friend" or in any other manner attempt to communicate with prospective jurors by any means, online or in person. Any violations of this Order will be punished by contempt of court.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge