IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| [1]  CHESTER GALLAGHER, | ) | |
| [2]  HEATHER IDONI | ) | |
| [3]  CALVIN ZASTROW | ) | |
| [4]  COLEMAN BOYD | ) | |
| [6]  PAUL VAUGHN | ) | |
| [7]  DENNIS GREEN | ) | |

## ORDER

It is hereby ORDERED that the juror questionnaires being furnished to counsel today shall remain in the possession of counsel and paralegals or investigators retained by counsel only and may not be furnished to any other person. Defendants may have access to them, but they may not disseminate the questionnaires to any other person.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge