*Motion GRANTED*
*[signature]*

FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 3:22-CR-00327-1 |
| | ] JUDGE TRAUGER |
| [1] CHESTER GALLAGHER | ] |
| [2] HEATHER IDONI | ] |
| [3] CALVIN ZASTROW | ] |
| [4] COLEMAN BOYD | ] |
| [6] PAUL VAUGHN | ] |
| [7] DENNIS GREEN | ] |

**MOTION REQUESTING PERMISSION TO MANUALLY FILE THUMB DRIVE IN SUPPORT OF MOTION FOR PRETRIAL RULING ON ADMISSIBILITY OF GALLAGHER VIDEO CLIPS AND PERMISSION TO PLAY CLINIC WORKER VIDEO WITH AUDIO**

Come now the Defendants, Chester Gallagher, Heather Idoni, Calvin Zastrow, Coleman Boyd, Paul Vaughn and Dennis Green, by and through undersigned counsel, and hereby request permission of the Court to manually file a thumb drive containing the recordings and transcripts referenced in the defendants' Motion for Pretrial Ruling on Admissibility of Gallagher Video Clips and Permission to Play Clinic Worker Video with Audio (DE 452).

Respectfully submitted,

/s/ **Jodie A. Bell**
JODIE A. BELL, No. 18336
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901 facsimile
jodie@attorneyjodiebell.com
Attorney for Gallagher