FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 3:22-CR-00327-1 |
| | ] JUDGE TRAUGER |
| [1] CHESTER GALLAGHER | ] |
| [2] HEATHER IDONI | ] |
| [3] CALVIN ZASTROW | ] |
| [4] COLEMAN BOYD | ] |
| [6] PAUL VAUGHN | ] |
| [7] DENNIS GREEN | ] |

## NOTICE OF FILING OF THUMB DRIVE IN SUPPORT OF MOTION FOR PRETRIAL RULING ON ADMISSIBILITY OF GALLAGHER VIDEO CLIPS AND PERMISSION TO PLAY CLINIC WORKER VIDEO WITH AUDIO

Come now the Defendants, Chester Gallagher, Heather Idoni, Calvin Zastrow, Coleman Boyd, Paul Vaughn and Dennis Green, by and through undersigned counsel, and hereby manually file a thumb drive containing the recordings and transcripts referenced in the defendants' Motion for Pretrial Ruling on Admissibility of Gallagher Video Clips and Permission to Play Clinic Worker Video with Audio (DE 452).

Respectfully submitted,

/s/ **Jodie A. Bell**
JODIE A. BELL, No. 18336
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com
Attorney for Gallagher

/s/ William J. Conway (by permission)
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 260-5364
wjconway@gmail.com
Attorney for Defendant Heather Idoni


/s/ Robert L. Parris (by permission)
Robert L. Parris, Attorney at Law
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow


/s/ Kerry Haymaker (by permission)
Haymaker & Heroux, P.C.
545 Mainstream Drive, Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd


/s/ Stephen M. Crampton (by permission)
 STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS  38803
662-255-9439
scrampton@thomasmoresociety.org
Attorney for Defendant Paul Vaughn


/s/ Manuel B. Russ (by permission)
MANUEL B. RUSS
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the above referenced thumb drive was served on Amanda Klopf, Assistant United States Attorney at the following address:

**AMANDA J. KLOPF**
U.S. Attorney's Office (Nashville)
719 Church Street
Suite 3300
Nashville, TN 37203
(615) 736-5151
amanda.klopf@usdoj.gov
Representing **USA** (*Plaintiff*)

      This the 9th day of January, 2024.

      /s/ Jodie A. BEll
      JODIE A. BELL