UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-00327 |
| | ) | |
| [1] CHESTER GALLAGHER | ) | JUDGE TRAUGER |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |

## DEFENDANTS' MOTION TO ADD PEREMPTORY CHALLENGES

Defendants, Chester Gallagher, Heather Idoni, Calvin Zastrow, Coleman Boyd, Paul Vaughn, and Dennis Green, by and through undersigned counsel, hereby move the Court to increase the number of peremptory challenges allowed the defendants in light of the number of defendants, their factual differences, and their unique trial strategies.

## ANALYSIS

Rule 24(b)(2) of the Federal Rules of Criminal Procedure provides that in a non-capital felony case "the government has 6 peremptory challenges and the defendant or defendants jointly have 10 peremptory challenges." *Id*. The Rule expressly allows the trial court discretion to increase that number and to specify whether the additional challenges are to be exercised jointly or separately, however: "The court may allow additional peremptory challenges to multiple defendants, and may allow the defendants to exercise those challenges separately or jointly." Fed. R. Crim. P. 24(b). Peremptory challenges are important "to help secure the constitutional guarantee of trial by an impartial jury." *United States v. Martinez-Salazar*, 528 U.S. 304, 316 (2000); *accord*, *Frazier v. United States*, 335 U.S. 497, 505 (1948) ("the right [to

1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-00327 |
| | ) | |
| [1] CHESTER GALLAGHER | ) | JUDGE TRAUGER |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |

## DEFENDANTS' MOTION TO ADD PEREMPTORY CHALLENGES

Defendants, Chester Gallagher, Heather Idoni, Calvin Zastrow, Coleman Boyd, Paul Vaughn, and Dennis Green, by and through undersigned counsel, hereby move the Court to increase the number of peremptory challenges allowed the defendants in light of the number of defendants, their factual differences, and their unique trial strategies.

## ANALYSIS

Rule 24(b)(2) of the Federal Rules of Criminal Procedure provides that in a non-capital felony case "the government has 6 peremptory challenges and the defendant or defendants jointly have 10 peremptory challenges." *Id*. The Rule expressly allows the trial court discretion to increase that number and to specify whether the additional challenges are to be exercised jointly or separately, however: "The court may allow additional peremptory challenges to multiple defendants, and may allow the defendants to exercise those challenges separately or jointly." Fed. R. Crim. P. 24(b). Peremptory challenges are important "to help secure the constitutional guarantee of trial by an impartial jury." *United States v. Martinez-Salazar*, 528 U.S. 304, 316 (2000); *accord*, *Frazier v. United States*, 335 U.S. 497, 505 (1948) ("the right [to

1

peremptory challenges] is given in aid of the party's interest to secure a fair and impartial jury"). Accordingly, trial courts have afforded additional peremptory challenges where several defendants are tried jointly. *See*, *e.g.*, *United States v. Frazier*, No. 3:17-cr-00130, 2019 WL 4242412, (M.D. Tenn. Sept. 19, 2019) (Crenshaw, J.) (granting motion for additional peremptory challenges but not determining precise number of additional challenges at that time); *United States v. Haldeman*, 559 F.2d 31, 80 (D.C. Cir. 1976) (granting five additional peremptory strikes to three co-defendants); *United States v. Bailey*, No. CR 19-156 (CKK), 2021 WL 3709712, at *2 (D.D.C. Aug. 20, 2021) (allowing two additional peremptory challenges to be exercised separately to two co-defendants). In the only other felony conspiracy FACE case to be tried, *United States v. Handy*, the court granted five additional peremptory challenges to the five co-defendants.

In the instant case, five co-defendants are being tried jointly. And although the defendants have worked together on a number of issues, there are stark factual differences between some of them and different trial strategies among their counsel. Allowing only ten peremptory challenges, to be exercised jointly, unduly constrains the individual defendants and hampers their ability to adequately assess and exercise their challenges to best serve their individual defenses.

Defendants therefore move the Court to award two additional peremptory challenges to each defendant, to be exercised separately, in addition to the ten challenges to be exercised jointly.

## Conclusion

For the foregoing reasons, Defendants respectfully move the Court for an order allowing two additional peremptory challenges for each defendant, to be exercised separately.

Respectfully submitted,


**/s/ Stephen M. Crampton**
STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
(662) 255-9439
scrampton@thomasmoresociety.org

and

LARRY L. CRAIN, Esq.
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
larry@crainlaw.legal
www.crainlaw.legal
*Attorneys for Paul Vaughn*

**/s/ Jodie A. Bell. (by permission)**
JODIE A. BELL, Esq.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615)244-1110/ (615) 956-4977
*Attorney for Chester Gallagher*

**/s/ William Conway (by permission)**
WILLIAM J. CONWAY, Esq.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 250-5363
wjconway@gmail.com
*Attorney for Heather Idoni*

**/s/ WRobert Lynn Parris (by permission)**
ROBERT LYNN PARRIS, Esq.
Robert L. Parris, Attorney at Law
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103
(901) 490−8026
Fax: (901) 524−1806
rlp@robertparrisattorney.com
*Attorney for Defendant Calvin Zastrow*

          ***/s/David Komisar (by permission)***
          DAVID KOMISAR
          Law Office of David I. Komisar
          208 Third Avenue North
          Suite 300
          Nashville, TN 37201
          615-242-2675
          Fax: 615-256-3330
          Email: david@komisarlaw.net
          *Attorney for Defendant Calvin Zastrow*

          **/s/ *G. Kerry Haymaker (by permission)***
          G. KERRY HAYMAKER, Esq.
          Haymaker & Heroux, P.C.
          545 Mainstream Drive, Suite 420
          Nashville, TN 37228
          (615) 250-0050
          haymaker@tennesseedefense.com
          *Attorney for Defendant Coleman Boyd*

          **/s/ *Steve C. Thornton  (by permission)***
          STEVE C. THORNTON, Esq.
          P.O. Box 16465
          Jackson, MS 39236
          (601) 982-0313
          mail@lawlives.com
          *Attorney for Defendant Coleman Boyd*

          **/s/ *Manuel B. Russ (by permission)***
          MANUEL B. RUSS
          340 21st Avenue North
          Nashville, TN 37203
          (615) 329-1919
          russben@gmail.com
          *Attorney for Defendant Dennis Green*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion to Continue was filed electronically and served on the following by the EF/CME electronic filing system:

JODIE A. BELL
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615)244-1110/ (615) 956-4977
jodie@attorneyjodiebell.com
Attorney for Chester Gallagher

WILLIAM J. CONWAY
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 260-5364
wjconway@gmail.com
Attorney for Defendant Heather Idoni

ROBERT LYNN PARRIS
Robert L. Parris, Attorney at Law
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com

DAVID KOMISAR
Law Office of David I. Komisar
208 Third Avenue North
Suite 300
Nashville, TN 37201
615-242-2675
Fax: 615-256-3330
Email: david@komisarlaw.net
Attorneys for Defendant Calvin Zastrow

G. KERRY HAYMAKER
Haymaker & Heroux, P.C.
545 Mainstream Drive. Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd

MANUEL B. RUSS
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

AMANDA J. KLOPF
U.S. Attorney's Office (Nashville)
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 736-5151
amanda.klopf@usdoj.gov
Representing **USA**

KYLE BOYNTON
WILFRED BEAYE
Department of Justice
150 M Street NE
Washington, DC 20002
(202) 598-1018
Sanjay.patel@usdoj.gov
Representing **USA**

STEVE C. THORNTON, Esq.
P.O. Box 16465
Jackson, MS 39236
(601) 982-0313
mail@lawlives.com
Attorney for Defendant Coleman Boyd

    This the 10th day of January, 2023.

                              /s/ Stephen M. Crampton
                              STEPHEN M. CRAMPTON