# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| CHESTER GALLAGHER, ET AL., | ) | |

## RECONSIDERATION ORDER

The court has reconsidered its ruling on video clip #5 of the Gallagher video. The court is going to allow in the entire second paragraph on page 6 of the Motion (Doc. No. 452).

In an attempt to undercut the defense rule of completeness argument with regard to this paragraph, the government proposed to omit the second sentence: "These are not acts of civil disobedience." However, because its omission, upon reconsideration, has not convinced the court that its initial ruling was correct, that sentence should be placed back into this paragraph, and the whole paragraph should be included within this clip.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge