*Motion GRANTED.*
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) |
| -vs- | ) <br> ) Case No. 3:22-00327 <br> ) |
| **CHESTER GALLAGHER,** *et al.*, | ) <br> ) <br> ) |

## MOTION TO BE RELIEVED FROM ATTENDANCE AT TRIAL

COME NOW undersigned STEPHEN M. CRAMPTON and LARRY L. CRAIN, as counsel of record for the Defendant Paul Vaughn, and pursuant to LR 39.01 of the Local Rules of Court for the Middle District of Tennessee, respectfully move this Court to relieve Larry L. Crain from the necessity of attendance at the trial in this matter scheduled to commence on January 16, 2024. As grounds for this motion, undersigned counsel would state that Mr. Crain has served in the capacity as local counsel since his initial appearance in this case on October 11, 2022, and that his cooperation was initially needed to facilitate the application by Stephen M. Crampton for permission to appear *pro hac vice*. Since then, Mr. Crampton has served in the role of lead counsel on behalf of the Defendant Paul Vaughn, and in particular, has exclusively dedicated himself as lead counsel during the final preparation of this case for trial. (See Affidavit of Larry L. Crain and Declaration of Stephen M. Crampton filed contemporaneously in support of this motion).

The Defendant Paul Vaughn consents to this request, and has indicated that he has no need for dual representation by both Mr. Crain and Mr. Crampton at trial. In addition, Mr. Crampton is committed to personally attending each day of the trial and, based on his professional experience,