IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| [1] CHESTER GALLAGHER, | ) | |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |

## ORDER

The Motion to Waive In-Person Appearance filed by defendant Boyd's counsel Steve C. Thornton (Doc. No. 474) is GRANTED. The court will attempt to connect Mr. Thornton by telephone, but cannot guarantee that, technologically, it will be possible.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge