# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| [1] CHESTER GALLAGHER, | ) | |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |

## ORDER

The court ruled during the pretrial conference held on January 10, 2024 on the following motions:

1. Doc. No. #452 Defendants' Motion for Pretrial Ruling on Admissibility of Gallagher Video Clips and Permission to Play Clinic Worker Video With Audio.

2. Doc. No. #464 Defendants' Motion for Pretrial Ruling on Admissibility of Additional Vaughn Video Clips.

3. Doc. No. #466 Defendant Boyd's Motion to Exclude Portion of Government's Video Exhibit.

It is therefore ORDERED that the Clerk shall term these motions on the docket.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge