IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>[1] CHESTER GALLAGHER, )<br>[2] HEATHER IDONI )<br>[3] CALVIN ZASTROW )<br>[4] COLEMAN BOYD )<br>[6] PAUL VAUGHN )<br>[7] DENNIS GREEN ) | Criminal No. 3:22-cr-00327<br>Judge Trauger |

## ORDER

It is hereby **ORDERED** that the "Doe witnesses" shall respond to the defendants' Corrected Motion for Reconsideration and Opposition to the Motion of the "Doe Witnesses" for Protective Order (Doc. No. 478) as soon as reasonably possible, as this trial is scheduled to begin on Tuesday, January 16, 2024.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge