IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:22-cr-00327 |
| ) | Judge Trauger |
| [1] CHESTER GALLAGHER, ) | |
| [2] HEATHER IDONI ) | |
| [3] CALVIN ZASTROW ) | |
| [4] COLEMAN BOYD ) | |
| [6] PAUL VAUGHN ) | |
| [7] DENNIS GREEN ) | |

## ORDER

It is hereby ORDERED that Defendants' Corrected Motion for Reconsideration (Doc. No. 478) is GRANTED. The Order granting the Motion for Protective Order filed by the "Doe Witnesses" (Doc. No. 470) is hereby VACATED. The "Doe Witnesses" must testify using their actual names. However, as offered by the defendants (Doc. No. 478 at footnote 1), they may not be cross-examined as to their home addresses or current places of employment without leave of court.

The Clerk shall term Defendants' Motion for Reconsideration (Doc. No. 477) as moot. The two pending Motions for Leave to File Document Under Seal (Doc. Nos. 482, 484) are GRANTED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge