**User** Heather Idoni (630437382)

**Text** This was not a Red Rose Rescue, however 2 of the rescuers pictured have participated in RRR. We did not enter the waiting room, as in a traditional RRR. And RRR does not typically ever block entrances. The entrances inside the hallway were blocked and no moms had entered the waiting room during the time of peaceful interposition, which lasted over 2 hours

**Time** 2021-03-07 06:10:29 UTC