REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-CR-327

UNITED STATES OF AMERICA

V.

Judge: TRAUGER

Hearing Date: 1/12/2024

CHESTER GALLAGHER, HEATHER IDONI, CALVIN ZASTROW, COLEMAN BOYD, PAUL VAUGHN, DENNIS GREEN

Location: ☒ Nashville  ◯ Columbia  ◯ Cookeville

Court Reporter: Debbie Watson

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf, Kyle Boynton, Wilfred Beaye

Defense Attorney(s): Jodie Bell, Will Conway, David Komisar, Robert Parris, (continued below)

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☒
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defense counsel continued: Kerry Haymaker, Steve Thornton, Stephen Crampton, Ben Russ.

Pretrial conference continuation held.

Total Time in Court: 8 mins per defendant

Clerk of Court
by: Katheryn Beasley