> Motion GRANTED.
> *[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:22-cr-00327 |
| ) | |
| [1] CHESTER GALLAGHER ) | |
| [2] HEATHER IDONI ) | |
| [3] CALVIN ZASTROW ) | |
| [4] COLEMAN BOYD ) | |
| [6] PAUL VAUGHN ) | |
| [7] DENNIS GREEN ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW the United States of America, by and through the undersigned counsel, and respectfully requests that the following document be filed under seal. In support of this motion, the United States submits that the following document relates to personal and private lifestyle information of a witness and should not be subject to public disclosure.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*/s/ Amanda J. Klopf*
Amanda J. Klopf
Assistant United States Attorney
791 Church St., Suite 3300
Nashville, Tennessee 37203
Email: Amanda.Klopf@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division