UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-327

UNITED STATES OF AMERICA
V.

Judge: TRAUGER

Hearing Date: 1/25/2024

CHESTER GALLAGHER, HEATHER IDONI, CALVIN ZASTROW, COLEMAN BOYD, PAUL VAUGHN, & DENNIS GREEN.

Location: ● Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Roxann Harkins

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf, Kyle Boynton, Wilfred Beaye

Defense Attorney(s): Jodie Bell, Robert Parris, David Komisar, Kerry Haymaker, (continued below)

### TRIAL PROCEEDINGS

1. Jury Trial* ✓
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Defense counsel's names continued: Steve Thornton, Stephen Cranston, Ben Russ and Will Conway.

Day 3 of jury trial. Government's case continues. Jury respited to Friday, January 26, 2024.

Total Time in Court: 7 hrs.

Clerk of Court
by: Katheryn Beasley