UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>CHESTER GALLAGHER, HEATHER IDONI, CALVIN ZASTROW, COLEMAN BOYD, PAUL VAUGHN, & DENNIS GREEN.<br><br>(list each defendant appearing at hearing) | Case No.: 3:22-cr-327<br>Judge: TRAUGER<br>Hearing Date: 1/30/2024<br>Location: ● Nashville  ○ Columbia  ○ Cookeville<br>Court Reporter: Roxann Harkins<br>Court Interpreter: |

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf, Kyle Boynton, Wilfred Beaye

Defense Attorney(s): Jodie Bell, Robert Parris, David Komisar, Kerry Haymaker, (continued below)

## TRIAL PROCEEDINGS

1. Jury Trial* ✓
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Defense counsels' names continued: Steve Thornton, Stephen Cranston, Ben Russ and Will Conway.

Day 6 Jurors dismissed to start deliberations at 9:10 a.m. Jury returned a verdict of guilty for all defendants on all counts of the Indictment.

Jury deliberations: 9:10 a.m. to 12:35 p.m.

Total Time in Court: 20 mins.

Clerk of Court
by: Katheryn Beasley