IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-cr-00327 |
| v. | ) | |
| | ) | |
| | ) | Hon. Aleta Trauger |
| [1] CHESTER GALLAGHER | ) | |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |

## VERDICT FORM

We, the Jury, unanimously find the following:

### COUNT ONE

Count One of the Indictment charges each Defendant with violating Title 18, United States Code, Section 241 - Conspiracy Against Rights. With respect to the charge in Count One of the Indictment, we find the Defendant:

(1) CHESTER GALLAGHER
Guilty __✓__    Not Guilty _____

(2) HEATHER IDONI
Guilty __✓__    Not Guilty _____

(3) CALVIN ZASTROW
Guilty __✓__    Not Guilty _____

(4) COLEMAN BOYD
Guilty __✓__    Not Guilty _____

(6) PAUL VAUGHN
Guilty __✓__    Not Guilty _____

(7) DENNIS GREEN

Guilty ✓            Not Guilty _____

## COUNT TWO

Count Two of the Indictment charges each Defendant with violating Title 18, United States Code, Sections 248(a)(1) and 2 - the Freedom of Access to Clinic Entrances (FACE) Act; and for violating the FACE Act either personally or as an aider and abettor under Title 18, United States Code, Section 2. With respect to the charge in Count Two of the Indictment, we find the Defendant:

(1) CHESTER GALLAGHER

Guilty ✓            Not Guilty _____

(2) HEATHER IDONI

Guilty ✓            Not Guilty _____

(3) CALVIN ZASTROW

Guilty ✓            Not Guilty _____

(4) COLEMAN BOYD

Guilty ✓            Not Guilty _____

(6) PAUL VAUGHN

Guilty ✓            Not Guilty _____

(7) DENNIS GREEN

Guilty ✓            Not Guilty _____

_____
FOREPERSON

_____1/30/24_____
DATE