TO:
Judge Aleta Arthur Trauger
Estes Kefauver Federal Building
801 Broadway
Nashville, TN. 37203

Date: 2-16-24

RECEIVED
FEB 23 2024
U.S. District Court
Middle District of TN

3:22-cr-00327

Dear Judge Trauger:

Respectfully, please do not sentence jail time on July 2nd for the peaceful protesters' Vaughn, Gallagher, Idoni, Zastrow, Boyd, and Green. Please be as forgiving and lenient as possible.

A friend provided me with the article in The Epoch Times authored January 30, 2024 by Beth Brelji that tells of these God supporting citizens who broke the FACE Act (which ought to be repealed!).

God's Law is above human laws; as stated in Exodus 20-13, "You Shall NOT murder!" Abortion IS murder.

I have heard the many arguments for abortion and legally allowing it has allowed promiscuity, STD transmission, and too many excuses for stepping away from responsibility and good parenting. More parental responsibility is needed, along with help in adoptions, etc.

Thank you for your prayerful attention to this matter.

Robert F. Heltman
227 Wooden Bridge Lane
Hendersonville, NC. 28739

Mr Robert F Heltman
227 Wooden Bridge Ln
Hendersonville, NC 28739

"Put on the full armor of God..."
Ephesians 6:11

RECEIVED
FEB 23 2024
U.S. District Court
Middle District of TN

GREENVILLE SC 296
16 FEB 2024 PM 4 L

Judge Aleta A. Trauger
Estes Kefauver Federal Bldg.
801 Broadway
Nashville, TN 37203

37203-380000



"Your word is a lamp to my feet ..." Psalm 119:105