UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:22-cr-00327 |
| | ) | |
| CHESTER GALLAGHER, et al | ) | JUDGE TRAUGER |

## MOTION TO SEAL A PORTION OF THE TRIAL TRANSCRIPT

The United States of America, by and through undersigned counsel, respectfully requests that a portion of the trial transcript be sealed pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771(a)(1), (8) (the "CVRA"). The CVRA affords a crime victim the right to be "reasonably protected" and "treated with fairness and respect for the victim's dignity and privacy." 18 U.S.C. § 3771(a)(1), (8). The United States has attached Under Seal Exhibit A. Exhibit A contains a highlighted version of pages from the draft version of the transcript from January 26, 2024. Generally, the highlighted portions of the transcript discuss a victim's health care decisions, and should be sealed in order to protects the victim's privacy. Therefore, the United States respectfully requests that the highlighted portions of Under Seal Exhibit A be sealed.

                Respectfully submitted,

                HENRY C. LEVENTIS
                United States Attorney
                Middle District of Tennessee

                *s/Amanda J. Klopf*
                AMANDA J. KLOPF
                Assistant United States Attorney
                791 Church St, Suite 3300
                Nashville, Tennessee 37203

Phone: 615-736-5151

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

*s/Kyle Boynton*
KYLE BOYNTON
Trial Attorney
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 202-598-0449
Kyle.Boynton@usdoj.gov

*s/Wilfred Beaye*
Wilfred Beaye
Trial Attorney
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 771-333-1681
wilfred.beaye@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Government's Motion to Seal a Portion of the Trial Transcript was electronically filed with the Clerk on March 5, 2024, and service was made upon all persons registered in that case via CM/ECF and/or by email.

*s/Amanda Klopf*
Amanda Klopf