UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED.*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:22-cr-00327 |
| | ) | |
| CHESTER GALLAGHER, et al | ) | JUDGE TRAUGER |

## MOTION TO SEAL A PORTION OF THE TRIAL TRANSCRIPT

The United States of America, by and through undersigned counsel, respectfully requests that a portion of the trial transcript be sealed pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771(a)(1), (8) (the "CVRA"). The CVRA affords a crime victim the right to be "reasonably protected" and "treated with fairness and respect for the victim's dignity and privacy." 18 U.S.C. § 3771(a)(1), (8). The United States has attached Under Seal Exhibit A. Exhibit A contains a highlighted version of pages from the draft version of the transcript from January 26, 2024. Generally, the highlighted portions of the transcript discuss a victim's health care decisions, and should be sealed in order to protects the victim's privacy. Therefore, the United States respectfully requests that the highlighted portions of Under Seal Exhibit A be sealed.

    Respectfully submitted,

    HENRY C. LEVENTIS
    United States Attorney
    Middle District of Tennessee

    *s/Amanda J. Klopf*
    AMANDA J. KLOPF
    Assistant United States Attorney
    791 Church St, Suite 3300
    Nashville, Tennessee 37203