RECEIVED
MAR 06 2024
U.S. District Court
Middle District of TN

Ms. Gertrude Miller
9 Hidden Lake Road
Hendersonville, NC 28739

3:22-cr-00327

March 4, 2024

Judge Aletsa Arthur Trauger
Estes Kefauver Federal Building
801 Broadway
Nashville, TN 37203

Dear Judge Trauger:

Respectfully, please do not sentence jail time on July 2 for the peaceful protesters - Vaughn, Gallagher, Idoni, Zastrow, Boyd, and Green. Please be as forgiving and lenient as possible.

I believe the FACE Act should be repealed to allow for peaceful protesters to be at the abortion clinics and pray. Praying is a privilege to call on God for patients and the unborn baby's behalf and not an act of intimation.

Thank you for your prayerful attention to this matter.

Respectfully,

Gertrude Miller

Mrs. Gertrude Miller

Ms. Gertrude Miller
9 Hidden Lake Rd
Hendersonville, NC 28739

GREENVILLE SC 296
1 MAR 2024 PM 4 L

RECEIVED
MAR 06 2024
U.S. District Court
Middle District of TN

The Honorable Judge Aleta Arthur Trauger
Estes Kefauver Federal Building
801 Broadway
Nashville, TN 37203

37203-385824