March 1, 2024

To: **Judge Aleta Arthur Trauger**
**Estes Kefauver Federal Building**
**801 Broadway**
**Nashville, TN 37203**

From: R.R. Hebb
4018 Staton Road
Hendersonville, NC 28739

RECEIVED

MAR 1 4 2024

U.S. District Court
Middle District of TN

Subject: The Nashville Six Pro-lifers

3:22-cr-00327

Concerning the previous conviction in January, of Chester Gallagher, Paul Vaughn, Heather Idoni, Calvin Zastrow, Coleman Boyd, and Dennis Green. concerning the FACE act. And their upcoming sentence on July 2, I ask for your leniency. After all this was a peaceful protester sit in, of which in our life time, we remember many others.

I won't go on and on of how upright and virtuous these people are, but they are definitely the type of people of which America was built on. Hard working decent folks, good fathers, mothers, business men, pastors, police officer, doctor, missionaries, and farmers. People that love their God and country.

I think that the one thing that bothers me the most in this case. Is this bold pre-trial statement from the DOJ, that stated, "the law of God does not supersede the law of man". I know that God is not mentioned in the constitution, but as you know our basic moral laws were drafted from His law.

All these individuals will go to jail willing because, as D. H. Thoreau said "'In an unjust society the only place for a just man is prison". In your position you have the ability to make this a more "just society". The faith of these individuals is the type of faith that keeps our nation set apart from godless ideology, which is good for all our citizens.

In closing, please see this case for what it is, a simple, peaceful civil disobedience case. As you have said before in your videos, "be fair like a woman".

*R.R. Hebb*

R.R. Hebb
4018 Staton Road
Hendersonville, NC 28739

RECEIVED
MAR 14 2024
U.S. District Court
Middle District of TN

GREENVILLE SC 296
5 MAR 2024 PM 1 L

To:
**Judge Aleta Arthur Trauger**
Estes Kefauver Federal Bld.
801 Broadway
Nashville, TN 37203

37203-880033