March 11, 2024

To: Judge Aleta Arthur Trauger
Estes Kefauver Federal Building
801 Broadway
Nashville, TN 37203

From: Raime L. Hebb
4018 Staton Rd
Hendersonville, NC 28739

RECEIVED
MAR 27 2024
U.S. District Court
Middle District of TN

Dear Judge Trauger,

3:22-cr-00327 cH

Regarding a recent conviction of conspiracy against the FACE Act for Chester Gallagher, Paul Vaughn, Heather Idoni, Calvin Zastrow, Coleman Boyd & Dennis Green I ask that you consider leniency in this case, these were peaceful protesters that did not cause harm or violence.

A sentence of jail time would be cruel and unjust to a citizen who just wanted to save others.

There is so much controversy and argument over the issues of Planned Parenthood, abortion, & women's health. Abortion is taking the life of another human being, there is no way around that. These protesters only wanted to save the lives of unborn babies who cannot speak for themselves.

You are in a position of authority that can have a major impact on others, please be as lenient as possible and do not sentence jail time for those who have shown such an extraordinary love for other human beings.

Thank you for your time.

Respectfully,
Raime L. Hebb

Raime Hebb
4018 Staton Rd.
Hendersonville, NC 28739



GREENVILLE SC 296
13 MAR 2024 PM 3 L

RECEIVED
MAR 27 2024
U.S. District Court
Middle District of TN

Judge Aleta Arthur Trauger
Estes Kefauver Federal Building
801 Broadway
Nashville, TN 37203

37203-380000