No. 24-5928

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Mar 5, 2025
KELLY L. STEPHENS, Clerk
```

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

HEATHER IDONI,

    Defendant-Appellant.

Before:  GILMAN, GIBBONS, and BLOOMEKATZ, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the motion to vacate and remand is GRANTED, that the district court's judgment is VACATED, and that this matter is REMANDED to the district court for dismissal of the indictment.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*

Kelly L. Stephens, Clerk